**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Socal Climate Control & Mechanical, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Socal Climate Control** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0833906** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **21730 Nordhoff St.**<br>**Chatsworth, CA 91311**<br>Number, Street, City, State & ZIP Code | **P. O. Box 4087**<br>**Chatsworth, CA 91313**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.socalclimatecontrol.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Socal Climate Control & Mechanical, Inc.**                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2389

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

# SoCal Climate Control

## Profit and Loss

### January - December 2023

| | TOTAL |
|---|---|
| **Income** | |
| Client Refund | -27,939.37 |
| Rebate | 28,200.00 |
| Sales | 10,687,616.37 |
| **Total Income** | **$10,687,877.00** |
| **Cost of Goods Sold** | |
| Business Licenses & Permits | 160,147.49 |
| Contractors | 2,433,184.01 |
| Job Supplies | 3,730,412.16 |
| Merchant Account Fees | 48,364.64 |
| **Total Cost of Goods Sold** | **$6,372,108.30** |
| **GROSS PROFIT** | **$4,315,768.70** |
| **Expenses** | |
| Advertising & Marketing | 1,481,802.87 |
| Bank Charges & Fees | 1,514.65 |
| Brokerage | 6,000.00 |
| Car & Truck | |
| Auto Lease | 5,045.94 |
| Auto Parts | 3,664.67 |
| Gas | 11,799.94 |
| Parking & Toll | 908.01 |
| Penalties | 1,111.95 |
| Registration | 7,030.23 |
| Repairs | 23,235.74 |
| **Total Car & Truck** | **52,796.48** |
| Commission | 27,141.17 |
| Dues & Subscription | 1,870.02 |
| Employee Benefits | 56,592.05 |
| Entertainment | 152.50 |
| Equipment Rentals Expense | 14,633.93 |
| Finance Charges | 33,972.92 |
| Gifts | 693.61 |
| Insurance | |
| Auto Insurance | 36.13 |
| General Insurance | 23,526.97 |
| General Liability | 105,474.03 |
| Medical Insurance | 79,681.17 |
| **Total Insurance** | **231,578.42** |
| Interest Paid | 22,860.12 |
| Legal & Professional Services | 14,654.87 |
| Loan Processing Fees | 58,298.63 |
| Meals | 6,000.00 |
| | 3,844.50 |

# SoCal Climate Control

## Profit and Loss

January - December 2023

| | TOTAL |
|---|---|
| Medical Expense | 89.00 |
| Office Supplies | 46,278.96 |
| Outside Services | 80,500.00 |
| Payroll Expenses | |
| Bonus | 3,753.80 |
| Salaries & Wages | 2,038,269.23 |
| Total Payroll Expenses | 2,042,023.03 |
| Professional Fees | |
| Accounting | 26,291.25 |
| Total Professional Fees | 26,291.25 |
| Recruiting | 9,814.98 |
| Rent & Lease | 83,894.80 |
| Repairs & Maintenance | 1,671.60 |
| Security Expenses | 2,454.55 |
| Shipping, Freight & Delivery | 1,702.42 |
| Software Expense | 78,735.02 |
| Taxes | |
| City of LA | -1,938.59 |
| Payroll Taxes | 8,278.27 |
| | 230,511.11 |
| Total Taxes | 236,850.79 |
| Telephone & Internet Expenses | 51,134.07 |
| Tools & Equipment | 6,150.81 |
| Travel | |
| Accomodation | 2,023.98 |
| Airfare | 253.30 |
| Transportation | 458.07 |
| Total Travel | 2,735.35 |
| Utilities | |
| Cleaning | 7,160.00 |
| LADWP | 9,605.05 |
| So Cal Gas | 1,167.93 |
| Water | 2,051.12 |
| Total Utilities | 19,984.10 |
| Waste Management | 4,569.00 |
| **Total Expenses** | **$4,686,426.35** |
| **NET OPERATING INCOME** | **$ -370,657.65** |
| Other Income | |
| Cash Rewards | 7,651.71 |
| Total Other Income | $7,651.71 |
| **NET OTHER INCOME** | **$7,651.71** |
| **NET INCOME** | **$ -363,005.94** |

# SoCal Climate Control

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| BOFA CC #3640 | -862,897.73 |
| BOFA CC #5202 | 346,221.84 |
| BOFA CC #6419 | 162,294.69 |
| BOFA CC #7488 | 283,675.15 |
| BOFA CC #8256 | 24,972.06 |
| BOFA CC #8556 | 145,615.58 |
| **Total BOFA CC #3640** | **99,881.59** |
| BOFA CC #5087 | -337,723.41 |
| BOFA CC #0069 | 41,301.24 |
| BOFA CC #2278 | 29,329.15 |
| BOFA CC #4262 | 223,694.62 |
| BOFA CC #4917 | 18,653.44 |
| BOFA CC #5981 | 4,692.60 |
| BOFA CC #6195 | 64,630.85 |
| **Total BOFA CC #5087** | **44,578.49** |
| **Total Credit Cards** | **$144,460.08** |
| Other Current Liabilities | |
| Loan from BYZ Funder | 146,650.00 |
| Loan from Delta Bridge Funding | 93,227.00 |
| Loan from On Deck Capital | 65,336.52 |
| Other Liabilities | 169,885.00 |
| **Total Other Current Liabilities** | **$475,098.52** |
| **Total Current Liabilities** | **$619,558.60** |
| Long-Term Liabilities | |
| Loan - 2017 Ram Promaster 1500 White | 19,899.50 |
| Loan Edge Forklift | 6,438.21 |
| Loan Payable to David Posner | 141,250.00 |
| Loan Payable to Premier America Credit Union | 73,397.79 |
| Loan Payable to SoCal Climate Control | 0.00 |
| Loan Payable to Tandem Finance | 62,313.53 |
| PPP Loan | 36,353.41 |
| **Total Long-Term Liabilities** | **$339,652.44** |
| **Total Liabilities** | **$959,211.04** |
| Equity | |
| Capital Stock | 3,114.00 |
| Retained Earnings | -55,970.85 |

# SoCal Climate Control

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BofA - Primary 9521 | 215,080.96 |
| BofA Payroll -9518 | 112.12 |
| **Total Bank Accounts** | **$215,193.08** |
| Other Current Assets | |
| Employee Loan | 5,450.00 |
| Inventory Asset | 61,700.00 |
| Loans to Shareholders | 60,000.00 |
| PPP Receivable | 84,968.27 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$212,118.27** |
| **Total Current Assets** | **$427,311.35** |
| Fixed Assets | |
| Accumulated Amortization | -24,827.00 |
| Accumulated Depreciation | -254,038.00 |
| Automobile | 15,300.00 |
| 2017 GMC Savana 3500 Yellow | 38,205.60 |
| 2017 RAM ProMaster White | 25,425.60 |
| 2019 Ford Transit 350 White | 55,851.60 |
| 2019 RAM Promaster 1500LR | 54,024.10 |
| 2019 RAM Promaster 2500HR | 51,751.60 |
| **Total Automobile** | **240,558.50** |
| Computers | 7,180.00 |
| Furniture and Fixtures | 2,475.00 |
| Machinery and Equipment | 26,950.00 |
| Start up Cost | 28,900.00 |
| **Total Fixed Assets** | **$27,198.50** |
| Other Assets | |
| Security Deposit | 13,838.40 |
| **Total Other Assets** | **$13,838.40** |
| **TOTAL ASSETS** | **$468,348.25** |

# SoCal Climate Control

## Balance Sheet
### As of December 31, 2023

|  | TOTAL |
|---|---|
| Shareholder Distribution | 0.00 |
| Carey Mead | -25,000.00 |
| Michael Molloy | -25,000.00 |
| Tammy Navarro | -25,000.00 |
| Total Shareholder Distribution | -75,000.00 |
| Net Income | -363,005.94 |
| Total Equity | $ -490,862.79 |
| TOTAL LIABILITIES AND EQUITY | $468,348.25 |

Debtor   **Socal Climate Control & Mechanical, Inc.**                    Case number (*if known*) _____
                 Name

**10.  Are any bankruptcy cases**   ☑ No
**      pending or being filed by a**   ☐ Yes.
**      business partner or an**
**      affiliate of the debtor?**

List all cases. If more than 1,       Debtor _____     Relationship _____
attach a separate list                District _____ When _____   Case number, if known _____

**11.  Why is the case filed in**   *Check all that apply:*
**      this district?**
                                    ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**   ☑ No
**      have possession of any**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**      real property or personal**
**      property that needs**
**      immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                        What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                                Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency _____

                                              Contact name _____

                                              Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**  .   *Check one:*
**      available funds**
                                    ☑ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☑ 1-49               ☐ 1,000-5,000         ☐ 25,001-50,000
**      creditors**            ☐ 50-99              ☐ 5001-10,000         ☐ 50,001-100,000
                               ☐ 100-199            ☐ 10,001-25,000       ☐ More than100,000
                               ☐ 200-999

**15.  Estimated Assets**   ☐ $0 - $50,000              ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000           ☑ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor   **Socal Climate Control & Mechanical, Inc.**                              Case number (*if known*) _____
         Name

    ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Socal Climate Control & Mechanical, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

█ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/08/2024
             MM / DD / YYYY

X _Tammy L Navarro_        **Tammy Navarro**
Signature of authorized representative of debtor    Printed name

Title   **President**

18. **Signature of attorney**

X _____      Date  3/8/24
Signature of attorney for debtor          MM / DD / YYYY

**Thomas B. Ure**
Printed name

**Ure Law Firm**
Firm name

**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**
Number, Street, City, State & ZIP Code

Contact phone   **213-202-6070**      Email address   **tom@urelawfirm.com**

**170492 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Socal Climate Control & Mechanical, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■ *Schedule H: Codebtors (Official Form 206H)*
■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/08/2024    x *Tammy L Navarro*
                                        Signature of individual signing on behalf of debtor

                                        **Tammy Navarro**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Socal Climate Control & Mechanical, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACPro 11700 Industry Ave. Fontana, CA 92337** | | | **Disputed** | **$38,196.27** | **$0.00** | **$38,196.27** |
| **Adolph Navarro 7353 Alabama Avenue Canoga Park, CA 91303** | | **Loan** | | | | **$25,000.00** |
| **Bank of America P.O. Box 17054 Wilmington, DE 19884** | | **PayCheck Protection Program Loan** | | | | **$32,159.89** |
| **Business Card P.O. Box 15796 Wilmington, DE 19886** | | **Bank of America Credit card purchases** | | | | **$47,854.96** |
| **Business Card P.O. Box 15796 Wilmington, DE 19886** | | **Bank of America Credit card purchases** | | | | **$22,792.94** |
| **Business Card P.O. Box 15796 Wilmington, DE 19886** | | **Bank of America Credit card purchases** | | | | **$102,385.93** |
| **Byzfunder GBR Funding West, Inc 530 7th Avenue Ste 505 New York, NY 10018** | | | **Disputed** | **$167,829.56** | **$0.00** | **$167,829.56** |
| **Chevron P.O. Box 639 Portland, ME 04104** | | **Credit card purchases** | | | | **$17,733.53** |
| **David Posner 17545 Embassy Drive Encino, CA 91316** | | **Loan** | | | | **$150,000.00** |

Debtor **Socal Climate Control & Mechanical, Inc.**                         Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delta aka Glofin<br>270 Carpenter Dr<br>Ste 695<br>Atlanta, GA 30328** | | | **Disputed** | **$67,724.00** | **$0.00** | **$67,724.00** |
| **Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952** | | **Unpaid Taxes** | | | | **$26,986.82** |
| **I Permit<br>31225 La Baya Dr #213<br>Thousand Oaks, CA 91362** | | **Services** | | | | **$53,883.63** |
| **Networx<br>3399 Peachtree Road NE Suite 800<br>Atlanta, GA 30326** | | | **Disputed** | **$63,127.80** | **$0.00** | **$63,127.80** |
| **On Deck<br>4700 W. Daybreak Pkwy, Suite 200<br>South Jordan, UT 84009** | | | **Disputed** | **$77,884.80** | **$0.00** | **$77,884.80** |
| **Premier America<br>19867 Praire Street<br>Chatsworth, CA 91311** | | **2019 Ram Promaster 1500** | | **$35,464.30** | **$21,846.00** | **$13,618.30** |
| **Premium Finance Agreement<br>Westlake Risk & Ins. Services, LLC<br>2659 Townsgate Road Suite 103<br>Westlake Village, CA 91361** | | | | **$137,175.14** | **$0.00** | **$137,175.14** |
| **Sigler<br>9702 West Tonto Street<br>P.O. Box 920<br>Tolleson, AZ 85353** | | | | **$66,615.24** | **$0.00** | **$66,615.24** |
| **The Holman Group<br>8501 Fallbrook Avenue<br>Canoga Park, CA 91304** | | | | | | **$50,639.61** |
| **Trever Pietsch<br>8500 OMelveny Avenue<br>Sun Valley, CA 91352** | **treverp@gmail.com** | **Services** | | | | **$16,000.00** |

Debtor  **Socal Climate Control & Mechanical, Inc.**                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **USAir<br>9250 Owensmouth Ave.<br>Chatsworth, CA 91311** | | | | **$17,592.22** | **$0.00** | **$17,592.22** |

# United States Bankruptcy Court
## Central District of California

In re   Socal Climate Control & Mechanical, Inc.

Debtor(s)

Case No.
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   03/08/2024         Signature   *Tammy L Navarro*

Tammy Navarro

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **NONE.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **NONE.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **NONE.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **NONE.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **DOWNEY**_____, California.

Date:  03/08/2024

_Tammy L Navarro (signature)_

Tammy Navarro
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                               Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name   **Socal Climate Control & Mechanical, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $                0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $         1,532,802.06

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $         1,532,802.06

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $         772,378.22

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $         26,986.82

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$         544,846.83

4.   Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                                                                          $         1,344,211.87

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Socal Climate Control & Mechanical, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Business Checking** | **9521** | $20,496.28 |
| 3.2. | **Bank of America** | **Business Checking** | **9518** | $112.81 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $20,609.09

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Lease/ Security Deposit for Building (Landlord has it)** | $7,100.00 |
|---|---|---|

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 8.2. | Deposits on pendng jobs | $15,000.00 |
|---|---|---|

| 9. | **Total of Part 2.** | $22,100.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 142,702.38 | - | 0.00 | = .... | $142,702.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 340,564.95 | - | 0.00 | = .... | $340,564.95 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $483,267.33 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress pending jobs Non-perishable** | | $0.00 | | $340,564.95 |
| 21.  **Finished goods, including goods held for resale HVAC Equipment in Warehouse** | 12/15/2023 | $0.00 | | $100,000.00 |
| **Tools and Supplies in Warehouse** | 12/15/2023 | $0.00 | | $50,000.00 |

Debtor **Socal Climate Control & Mechanical, Inc.**        Case number *(If known)* _____
<br>Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                        **$490,564.95**
<br>        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
<br>        ■ No
<br>        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
<br>        ■ No
<br>        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
<br>        ■ No
<br>        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
<br>    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
<br>    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>     Desk, file cabinets, chairs | $0.00 | | $15,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>     Computers, Printers, and TVs | $0.00 | | $30,000.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                       **$45,000.00**
<br>        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
<br>        ■ No
<br>        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
<br>        ■ No
<br>        ☐ Yes

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Ram Promaster 2500** | $0.00 | | $25,852.00 |
| 47.2. **2019 Ram Promaster 1500** | $0.00 | | $21,846.00 |
| 47.3. **2017 Ram Promaster** | $0.00 | | $17,000.00 |
| 47.4. **2019 Ford Transit** | $0.00 | | $21,089.00 |
| 47.5. **2017 GMC Savanna** | $0.00 | | $19,500.00 |
| 47.6. **2019 Chevy Colorado** | $0.00 | | $14,000.00 |
| 47.7. **2002 Chevrolet Astro** | $0.00 | | $4,800.00 |
| 47.8. **1994 GMC Topkick** | $0.00 | | $15,000.00 |
| 47.9. **1968 Big Joe Hydraulic Lift - 9957** | $0.00 | | $300.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**2023 Noble Lift Forklift Model #PSE26N** | $0.00 | | $6,400.00 |
| **Hadmade Electric Lift** | $0.00 | | $500.00 |
| **Rotobrush air+** | $0.00 | | $3,500.00 |
| **Fogger** | $0.00 | | $200.00 |

| 51. | **Total of Part 8.** | | $149,987.00 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

Debtor **Socal Climate Control & Mechanical, Inc.**　　　　　　　Case number *(If known)* _____
　　　　　Name

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** <br> www.socalclimatecontrol.com | $0.00 | | $5,000.00 |
| 62. **Licenses, franchises, and royalties** <br> Contractor's License 1043665 | $0.00 | | $2,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** <br> CRM Database | $0.00 | | $20,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

　　Add lines 60 through 65. Copy the total to line 89.　　　　　　　　| $27,000.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 11: | All other assets |
| --- | --- |

| | |
|---|---|
| Debtor **Socal Climate Control & Mechanical, Inc.** | Case number *(If known)* _____ |
| Name | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|   |   | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **ERTC**          Tax year **2020** | $112,243.44 |
| | **ERTC**          Tax year **2021** | $97,030.25 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Suppliers Rebates** | $85,000.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $294,273.69 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Socal Climate Control & Mechanical, Inc.**                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,609.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $483,267.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $490,564.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $149,987.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $27,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $294,273.69 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,532,802.06  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,532,802.06 |

**Fill in this information to identify the case:**

Debtor name    **Socal Climate Control & Mechanical, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **ACPro**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$38,196.27** | **$0.00** |
|---|---|---|---|---|
| | **11700 Industry Ave.**<br>**Fontana, CA 92337**<br>Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| 2.2 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2017 Ram Promaster** | **$20,744.55** | **$17,000.00** |
|---|---|---|---|---|
| | **P.O. Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | | | |
| | | **Describe the lien**<br>**Auto Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | **Socal Climate Control & Mechanical, Inc.** | | Case number (if known) | |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $5,200.01 | $14,000.00 |
| | Creditor's Name | **2019 Chevy Colorado** | | |

**P.O. Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Byzfunder** | Describe debtor's property that is subject to a lien | $167,829.56 | $0.00 |
| | Creditor's Name | | | |

**GBR Funding West, Inc**
**530 7th Avenue Ste 505**
**New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**Business Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| | Creditor's Name | **(i) all tangible and intangible personal property of Debtor, including, all accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property (including certificated and ......** | | |

**P.O. Box 2576**
**Springfield, IL 62708**

---

Debtor **Socal Climate Control & Mechanical, Inc.**
Name

Case number (if known) _____

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

uccsprep@cscinfo.com
■ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
**2023**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
■ Disputed

---

| 2.6 | **Daikin/ Goodman** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**A continuing first priority security interest in all inventory (including goods held for sale, lease or resale, goods provided or to be provided to third parties under contacts of lease, consignment or service, and spare or replacement ....**

**Daikin Comfort Technologies Distribution Inc.**
**19001 Kermier Road**
**Waller, TX 77484**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
**2023**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
■ Disputed

---

| 2.7 | **Delta aka Glofin** | | **Describe debtor's property that is subject to a lien** | **$67,724.00** | **$0.00** |

Creditor's Name

**270 Carpenter Dr Ste 695**
**Atlanta, GA 30328**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| | |
|---|---|
| Debtor **Socal Climate Control & Mechanical, Inc.** | Case number (if known) |
| Name | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Ferguson Enterprises, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien **Unknown**    **$0.00**
**All inventory, equipment, and materials distributed by Seller, whenever sold, consigned,  leased, rented or delivered, directly or indirectly, to or for the benefit of Applicant by Seller.**

**2750 South Towne Avenue
Pomona, CA 91766**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
2021**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Gemaire/ Heating & Cooling** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien **Unknown**    **$0.00**
**All inventory, equipment, accounts, furniture, fixtures,equipment, accounts receivable, Bank and/or despository accounts, and all other assets, whether any of the forgoing is now owned ot hereafter acquired. All records of any of the ......**

**1525 NW 3rd St., A21
Deerfield Beach, FL 33442**
Creditor's mailing address

Describe the lien
**UCC 1**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 0 | **Lennox Industries Inc.** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien    **$10,802.59**    **$0.00**

---

Debtor    **Socal Climate Control & Mechanical, Inc.**                    Case number (if known) _____
_____Name_____

Creditor's Name

**All of Debtor's presently owned or hereafter acquired (a) goods, (b) instruments, (c) promissory notes, (d) Chattel paper including electronic chattel paper and tangible chattel paper, (e) documents, (f) books and records, (g) accounts ....**

**2100 Lake Park Blvd.**
**Richardson, TX 75080**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**9073**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 1 | **Levelset/Procore** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**6309 Carpinteria Ave.**
**Carpinteria, CA 93013**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Networx** | Describe debtor's property that is subject to a lien | $63,127.80 | $0.00 |

Creditor's Name

**3399 Peachtree Road NE**
**Suite 800**
**Atlanta, GA 30326**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.1 3 | **On Deck** | Describe debtor's property that is subject to a lien | $77,884.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009**
Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/22/2023**

Last 4 digits of account number
**7128**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 4 | **Premier America** | Describe debtor's property that is subject to a lien | $37,933.49 | $25,852.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Ram Promaster 2500**

**19867 Prairie Street
Chatsworth, CA 91311**
Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Premier America** | Describe debtor's property that is subject to a lien | $35,464.30 | $21,846.00 |
|---|---|---|---|---|

Debtor    **Socal Climate Control & Mechanical, Inc.**    Case number *(if known)*
Name

---

Creditor's Name

**19867 Praire Street
Chatsworth, CA 91311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**2019 Ram Promaster 1500**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Premium Finance Agreement** | **Describe debtor's property that is subject to a lien** | $137,175.14 | $0.00 |

Creditor's Name

**Westlake Risk & Ins.
Services, LLC
2659 Townsgate Road
Suite 103
Westlake Village, CA 91361**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/13/2023**
**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Rapid Duct** | **Describe debtor's property that is subject to a lien** | $13,460.00 | $0.00 |

Creditor's Name

**401 N Verdugo Road., Suite
C
Glendale, CA 91206**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

---

Debtor    **Socal Climate Control & Mechanical, Inc.**                                Case number (if known) _____
             Name

                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Rapid Permit Inc.** | Describe debtor's property that is subject to a lien | **$4,191.05** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1010 E Mountain St.
Glendale, CA 91207**

Creditor's mailing address                      **Describe the lien**

                                                 **Is the creditor an insider or related party?**
                                                 ■ No
Creditor's email address, if known              ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.1 9 | **Sigler** | Describe debtor's property that is subject to a lien | **$66,615.24** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**9702 West Tonto Street
P.O. Box 920
Tolleson, AZ 85353**

Creditor's mailing address                      **Describe the lien**

                                                 **Is the creditor an insider or related party?**
                                                 ■ No
Creditor's email address, if known              ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
**2023**                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0000**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.2 0 | **Sirris Abatement** | Describe debtor's property that is subject to a lien | **$5,050.00** | **$0.00** |
|---|---|---|---|---|

Debtor   **Socal Climate Control & Mechanical, Inc.**                    Case number (if known) _____
_____
Name

_____
Creditor's Name

**12303 Woodruff Ave.**
**Downey, CA 90241**                                    Describe the lien
_____
Creditor's mailing address                               _____

                                                         **Is the creditor an insider or related party?**
                                                         ■ No
_____                    ☐ Yes
Creditor's email address, if known                       **Is anyone else liable on this claim?**

**Date debt was incurred**                               ■ No
                                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                     ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

| 2.2 1 | **Small Business Administration** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**Attn General Counsel**
**312 North Spring St.**
**Los Angeles, CA 90012**                               Describe the lien
_____
Creditor's mailing address                               _____

                                                         **Is the creditor an insider or related party?**
                                                         ■ No
_____                    ☐ Yes
Creditor's email address, if known                       **Is anyone else liable on this claim?**

**Date debt was incurred**                               ■ No
                                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                     ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

| 2.2 2 | **Tandem Financial** | Describe debtor's property that is subject to a lien **2019 Ford Transit** | **$0.00** | **$21,089.00** |

Creditor's Name

**PLC Equipment Finance**
**Fund**
**3801 Automation Way Suite**
**207**
**Fort Collins, CO 80525**                              Describe the lien
_____
Creditor's mailing address                               **Auto Loan**
                                                         _____
                                                         **Is the creditor an insider or related party?**
                                                         ■ No
_____                    ☐ Yes
Creditor's email address, if known                       **Is anyone else liable on this claim?**

**Date debt was incurred**                               ■ No

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | **Tandem Financial** | Describe debtor's property that is subject to a lien | $0.00 | $19,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 GMC Savanna** | | |

**PLC Equipment Finance Fund
3801 Automation Way Suite 207
Fort Collins, CO 80525**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | **Toyota Industries** | Describe debtor's property that is subject to a lien | $3,387.20 | $6,400.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Noble Lift Forklift Model #PSE26N** | | |

**Commercial Finance, Inc.
P.O. Box 660926
Dallas, TX 75266-0926**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Socal Climate Control & Mechanical, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.2 5 | **USAir** | Describe debtor's property that is subject to a lien | $17,592.22 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9250 Owensmouth Ave.**
**Chatsworth, CA 91311**

Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $772,378.22

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Socal Climate Control & Mechanical, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,986.82 | $26,986.82 |
| **Franchise Tax Board** | ☐ Contingent |  |  |
| **Special Procedures** | ☐ Unliquidated |  |  |
| **P.O. Box 2952** | ☐ Disputed |  |  |
| **Sacramento, CA 95812-2952** |  |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| **2022** | **Unpaid Taxes** |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No |  |  |
|  | ☐ Yes |  |  |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
| **Adolph Navarro** | ☐ Contingent |  |
| **7353 Alabama Avenue** | ☐ Unliquidated |  |
| **Canoga Park, CA 91303** | ☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: __Loan__ |  |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,209.52 |
| **American Express** | ☐ Contingent |  |
| **P.O. Box 0001** | ☐ Unliquidated |  |
| **Los Angeles, CA 90096** | ☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: __Credit card purchases__ |  |
| Last 4 digits of account number __1002__ | Is the claim subject to offset? ☑ No ☐ Yes |  |

| Debtor | Socal Climate Control & Mechanical, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3** | Nonpriority creditor's name and mailing address

**Bahr Safaei-Far**
**20155nKeswick Street #104**
**Winnetka, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,145.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**Bank of America**
**P.O. Box 17054**
**Wilmington, DE 19884**

Date(s) debt was incurred _

Last 4 digits of account number  **6234**

As of the petition filing date, the claim is: *Check all that apply.*    **$32,159.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PayCheck Protection Program Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**Business Card**
**P.O. Box 15796**
**Wilmington, DE 19886**

Date(s) debt was incurred _

Last 4 digits of account number  **6577**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,792.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank of America Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Business Card**
**P.O. Box 15796**
**Wilmington, DE 19886**

Date(s) debt was incurred _

Last 4 digits of account number  **3640**

As of the petition filing date, the claim is: *Check all that apply.*    **$102,385.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank of America Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Business Card**
**P.O. Box 15796**
**Wilmington, DE 19886**

Date(s) debt was incurred _

Last 4 digits of account number  **5087**

As of the petition filing date, the claim is: *Check all that apply.*    **$47,854.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank of America Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Chevron**
**P.O. Box 639**
**Portland, ME 04104**

Date(s) debt was incurred _

Last 4 digits of account number  **6891**

As of the petition filing date, the claim is: *Check all that apply.*    **$17,733.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**David Kay and Diane Kay**
**c/o Law Offices of Hedy Zhang**
**Attn: Hedy Zhang**
**1820 Butler Avenue #5**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00**

**David Posner**
**17545 Embassy Drive**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Grey Stone Financial LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Attorneys Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,225.08**

**Howard Ind.**
**36 Howard Drive**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,883.63**

**I Permit**
**31225 La Baya Dr #213**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3665__

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00**

**Jodie Shihadeh**
**12213 Hilslope Street**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00**

**PurEco**
**9740 Variel Avenue**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,197.00**

**Silvia Ochoa**
**1230 N Horward St.**
**Glendale, CA 91207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Socal Climate Control & Mechanical, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**The E & C Company, Inc.**
**1336 Moorpark Road, #327**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8356**

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,639.61**

**The Holman Group**
**8501 Fallbrook Avenue**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1558**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**Trever Pietsch**
**8500 OMelveny Avenue**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.95**

**WireMen Inc.**
**7354 Maynard Ave.**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6333**

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**WireMen Inc.**
**7354 Maynard Ave.**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6348**

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,175.00**

**WireMen Inc.**
**7354 Maynard Ave.**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6334**

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$704.79**

**WireMen Inc.**
**7354 Maynard Ave.**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6259**

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Socal Climate Control & Mechanical, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 26,986.82 |
| **5b. Total claims from Part 2** | 5b. + | $ | 544,846.83 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 571,833.65 |

**Fill in this information to identify the case:**

Debtor name    **Socal Climate Control & Mechanical, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease for Commerical Building at 21730 Nordhoff Street, Chatsworth, CA 91311** |
|    State the term remaining | |
|    List the contract number of any government contract _____ | **Triad Management Systems, Inc. 21201 Victory Blvd., Suite 255 Canoga Park, CA 91303** |

**Fill in this information to identify the case:**

Debtor name    **Socal Climate Control & Mechanical, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** |  | Column 2: **Creditor** |  |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Socal Climate Control & Mechanical, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Sales** | **$962,070.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Sales** | **$10,450,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Sales** | **$11,980,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Socal Climate Control & Mechanical, Inc.**                              Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **12/8/23** | **$231.36** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **12/19/2023** | **$7,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **12/28/2023** | **$65.11** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **1/22/2024** | **$3,388.26** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **12/19/2023** | **$1,200.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **1/10/2024** | **$1,438.60** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | **1/22/2024** | **$676.08** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Lennox**<br>**2100 Lake Park Pl**<br>**Richardson, TX 75080** | **12/12/2023** | **$3,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Socal Climate Control & Mechanical, Inc.**                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. **Ferguson**<br>**751 Lakefront Commons**<br>**Newport News, VA 23606** | 12/7/2023 | $10,701.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Ferguson**<br>**751 Lakefront Commons**<br>**Newport News, VA 23606** | 1/5/2024 | $10,701.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Ferguson**<br>**751 Lakefront Commons**<br>**Newport News, VA 23606** | 2/5/2024 | $10,701.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | 12/1/23 | $2,245.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | 12/19/23 | $3,593.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | 1/5/24 | $3,529.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | 1/11/2024 | $3,522.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | 1/22/2024 | $3,817.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Socal Climate Control & Mechanical, Inc.**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17.<br>**ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | **1/26/2024** | **$3,502.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18.<br>**ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | **2/5/2024** | **$3,999.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19.<br>**ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | **2/12/2024** | **$3,595.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20.<br>**ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | **2/20/2024** | **$3,794.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21.<br>**ACPro**<br>**11700 Industry Ave.**<br>**Fontana, CA 92337** | **2/26/2024** | **$3,515.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22.<br>**Gemaire/ Heating & Cooling**<br>**1525 NW 3rd St., Suite 21A**<br>**Deerfield Beach, FL 33442** | **12/4/2023** | **$17,842.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23.<br>**Gemaire/ Heating & Cooling**<br>**1525 NW 3rd St., Suite 21A**<br>**Deerfield Beach, FL 33442** | **12/6/2024** | **$13,017.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24.<br>**Gemaire/ Heating & Cooling**<br>**1525 NW 3rd St., Suite 21A**<br>**Deerfield Beach, FL 33442** | **12/6/2023** | **$13,627.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Socal Climate Control & Mechanical, Inc.**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Gemaire/ Heating & Cooling**<br>**1525 NW 3rd St., Suite 21A**<br>**Deerfield Beach, FL 33442** | **12/6/2023** | **$4,214.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Gemaire/ Heating & Cooling**<br>**1525 NW 3rd St., Suite 21A**<br>**Deerfield Beach, FL 33442** | **12/26/23** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **12/21/23** | **$5,115.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **1/11/2024** | **$3,093.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **1/18/2024** | **$3,587.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **1/24/2024** | **$3,191.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **1/24/2024** | **$101.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Daikin/ Goodman**<br>**Daikin Comfort Technologies**<br>**North America, Inc.**<br>**19001 Kermier Road**<br>**Waller, TX 77484** | **2/1/2024** | **$3,365.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Socal Climate Control & Mechanical, Inc.**        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Daikin/ Goodman Daikin Comfort Technologies North America, Inc. 19001 Kermier Road Waller, TX 77484** | 2/8/2024 | $3,190.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. **Daikin/ Goodman Daikin Comfort Technologies North America, Inc. 19001 Kermier Road Waller, TX 77484** | 2/15/2024 | $3,360.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. **Daikin/ Goodman Daikin Comfort Technologies North America, Inc. 19001 Kermier Road Waller, TX 77484** | 2/22/2024 | $3,290.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. **Sigler 9702 West Tonto Street P.O. Box 920 Tolleson, AZ 85353** | 1/10/2024 | $267.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.37. **Sigler 9702 West Tonto Street P.O. Box 920 Tolleson, AZ 85353** | 1/16/2024 | $10,386.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.38. **Sigler 9702 West Tonto Street P.O. Box 920 Tolleson, AZ 85353** | 1/22/2024 | $3,993.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. **Sigler 9702 West Tonto Street P.O. Box 920 Tolleson, AZ 85353** | 1/29/2024 | $3,809.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. **Sigler 9702 West Tonto Street P.O. Box 920 Tolleson, AZ 85353** | 2/5/2024 | $2,302.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Socal Climate Control & Mechanical, Inc.**                       Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Sigler**<br>**9702 West Tonto Street**<br>**P.O. Box 920**<br>**Tolleson, AZ 85353** | **2/12/2024** | **$3,809.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Sigler**<br>**9702 West Tonto Street**<br>**P.O. Box 920**<br>**Tolleson, AZ 85353** | **2/21/2024** | **$3,809.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **1/12/2024** | **$1,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **1/18/2024** | **$1,525.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **1/22/2024** | **$1,770.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **USAir**<br>**9520 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **1/29/2024** | **$2,137.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **2/5/2024** | **$1,581.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **2/12/2024** | **$1,520.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Socal Climate Control & Mechanical, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.49. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **2/20/2024** | **$1,861.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.50. **USAir**<br>**9250 Owensmouth Ave.**<br>**Chatsworth, CA 91311** | **2/26/2024** | **$1,539.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | **Socal Climate Control & Mechanical, Inc.** | Case number *(if known)* | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ure Law Firm**<br>**8280 Florence Avnue**<br>**Suite 200**<br>**Downey, CA 90240** | | **2/22/24** | **$20,000.00** |
| | **Email or website address**<br>tom@urwelawfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

---

Debtor    **Socal Climate Control & Mechanical, Inc.**                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **7334 Topanga Canyon Blvd. #101 Canoga Park, CA 91303** | **6/2018 - 6/2021** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Socal Climate Control & Mechanical, Inc.**                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | Socal Climate Control & Mechanical, Inc. | | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. **LMW Financial**
**4413 Coldwater Canyon Ave.**
**Studio City, CA 91604** | **On Going** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1. **LMW Financial**
**4413 Coldwater Canyon Ave.**
**Studio City, CA 91604** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are
unavailable, explain why |
|---|---|
| 26c.1. **LMW Financial**
**4413 Coldwater Canyon Ave.**
**Studio City, CA 91604** | |
| 26c.2. **Tammy Navarro**
**7353 Alabama Ave.**
**Canoga Park, CA 91303** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **LMW Financial**
**4413 Coldwater Canyon Ave.**
**Studio City, CA 91604** | |
| 26d.2. **ADP**
**111 W Rio Salado Pkwy**
**Tempe, AZ 85281** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor  **Socal Climate Control & Mechanical, Inc.**  Case number *(if known)*

- ☐ No
- ☑ Yes. Give the details about the two most recent inventories.

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Carey Mead** | **12/15/2023** | **$150,000.00** |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | **Need Missing Info.** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carey Mead** | **15545 Erie Rd**<br>**Apple Valley, CA 92307** | **Installation** | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Molloy** | **5779 Lake Lindero**<br>**Agoura Hills, CA 91301** | **Sales Manager (Secretary)** | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tammy Navarro** | **7353 Alabama Ave.**<br>**Canoga Park, CA 91303** | **CFO / CEO** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Debtor    Socal Climate Control & Mechanical, Inc.                    Case number (if known) _____

Name of the pension fund                                    Employer Identification number of the pension
                                                            fund

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/08/2024

_Tammy L Navarro_                        Tammy Navarro
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Socal Climate Control & Mechanical, Inc.**                    Case No. _____

                                            Debtor(s)                    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................    $ _____ **20,000.00**

    Prior to the filing of this statement I have received ......................    $ _____ **20,000.00**

    Balance Due ....................................................................    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    _3/8/24_
    _Date_                              **Thomas B. Ure**
                                        _Signature of Attorney_
                                        **Ure Law Firm**
                                        **8280 Florence Avenue, Suite 200**
                                        **Downey, CA 90240**
                                        **213-202-6070  Fax: 213-202-6075**
                                        tom@urelawfirm.com
                                        _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas B. Ure<br>8280 Florence Avenue, Suite 200<br>Downey, CA 90240<br>213-202-6070 Fax: 213-202-6075<br>California State Bar Number: 170492 CA<br>tom@urelawfirm.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Socal Climate Control & Mechanical, Inc.**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __03/08/2024__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __3/8/24__

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

Socal Climate Control & Mechanical, Inc.
P. O. Box 4087
Chatsworth, CA 91313


Thomas B. Ure
Ure Law Firm
8280 Florence Avenue, Suite 200
Downey, CA 90240


ACPro
11700 Industry Ave.
Fontana, CA 92337


Adolph Navarro
7353 Alabama Avenue
Canoga Park, CA 91303


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


American Express
P.O. Box 0001
Los Angeles, CA 90096


Bahr Safaei-Far
20155nKeswick Street #104
Winnetka, CA 91306


Bank of America
P.O. Box 17054
Wilmington, DE 19884

Business Card
P.O. Box 15796
Wilmington, DE 19886


Byzfunder
GBR Funding West, Inc
530 7th Avenue Ste 505
New York, NY 10018


Chevron
P.O. Box 639
Portland, ME 04104


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Daikin/ Goodman
Daikin Comfort Technologies
Distribution Inc.
19001 Kermier Road
Waller, TX 77484


David Kay and Diane Kay
c/o Law Offices of Hedy Zhang
Attn: Hedy Zhang
1820 Butler Avenue #5
Los Angeles, CA 90025


David Posner
17545 Embassy Drive
Encino, CA 91316


Delta aka Glofin
270 Carpenter Dr Ste 695
Atlanta, GA 30328

Ferguson Enterprises, LLC
2750 South Towne Avenue
Pomona, CA 91766


Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952


Gemaire/ Heating & Cooling
1525 NW 3rd St., A21
Deerfield Beach, FL 33442


Grey Stone Financial LLC


Howard Ind.
36 Howard Drive
Ellisville, MS 39437


I Permit
31225 La Baya Dr #213
Thousand Oaks, CA 91362


Jodie Shihadeh
12213 Hilslope Street
Studio City, CA 91604


Lennox Industries Inc.
2100 Lake Park Blvd.
Richardson, TX 75080

Levelset/Procore
6309 Carpinteria Ave.
Carpinteria, CA 93013

Networx
3399 Peachtree Road NE Suite 800
Atlanta, GA 30326

On Deck
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Premier America
19867 Prairie Street
Chatsworth, CA 91311

Premier America
19867 Praire Street
Chatsworth, CA 91311

Premium Finance Agreement
Westlake Risk & Ins. Services, LLC
2659 Townsgate Road Suite 103
Westlake Village, CA 91361

PurEco
9740 Variel Avenue
Chatsworth, CA 91311

Rapid Duct
401 N Verdugo Road., Suite C
Glendale, CA 91206

Rapid Permit Inc.
1010 E Mountain St.
Glendale, CA 91207


Sigler
9702 West Tonto Street
P.O. Box 920
Tolleson, AZ 85353


Silvia Ochoa
1230 N Horward St.
Glendale, CA 91207


Sirris Abatement
12303 Woodruff Ave.
Downey, CA 90241


Small Business Administration
Attn General Counsel
312 North Spring St.
Los Angeles, CA 90012


Tandem Financial
PLC Equipment Finance Fund
3801 Automation Way Suite 207
Fort Collins, CO 80525


The E & C Company, Inc.
1336 Moorpark Road, #327
Thousand Oaks, CA 91360


The Holman Group
8501 Fallbrook Avenue
Canoga Park, CA 91304

Toyota Industries
Commercial Finance, Inc.
P.O. Box 660926
Dallas, TX 75266-0926


Trever Pietsch
8500 OMelveny Avenue
Sun Valley, CA 91352


Triad Management Systems, Inc.
21201 Victory Blvd., Suite 255
Canoga Park, CA 91303


USAir
9250 Owensmouth Ave.
Chatsworth, CA 91311


WireMen Inc.
7354 Maynard Ave.
West Hills, CA 91307

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas B. Ure**<br>**8280 Florence Avenue, Suite 200**<br>**Downey, CA 90240**<br>**213-202-6070 Fax: 213-202-6075**<br>California State Bar Number: **170492 CA**<br>tom@urelawfirm.com | |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| **Socal Climate Control & Mechanical, Inc.** | ADVERSARY NO.: |
| Debtor(s), | CHAPTER:   **11** |
| Plaintiff(s), | |
| | ## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4 |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas B. Ure** _____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

03/08/2024
_____
Date

By: *Tammy L Navarro*
_____
Signature of Debtor or attorney for Debtor

Name:   **Tammy Navarro**
_____
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**United States Bankruptcy Court**
**Central District of California**

In re ___Socal Climate Control & Mechanical, Inc._____

Debtor(s)

Case No. _____
Chapter ___11_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tammy Navarro**, declare under penalty of perjury that I am the **President of Socal Climate Control & Mechanical, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __22nd__ day of _February_, 2024__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tammy Navarro, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tammy Navarro, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tammy Navarro, President** of this Corporation is authorized and directed to employ **Thomas B. Ure**, attorney and the law firm of **Ure Law Firm** to represent the corporation in such bankruptcy case."

Date __03/08/2024_____          Signed _____Tammy L Navarro_____
                                              Tammy Navarro

Resolution of Board of Directors
of
**Socal Climate Control & Mechanical, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tammy Navarro, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tammy Navarro, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tammy Navarro, President** of this Corporation is authorized and directed to employ **Thomas B. Ure**, attorney and the law firm of **Ure Law Firm** to represent the corporation in such bankruptcy case.

Date ___03/08/2024___          Signed ___Tammy L Navarro___

Date _____          Signed _____