PETER C. ANDERSON
UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811
Facsimile: (213) 894-0276

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case Number: 1:24-bk-10371-MB |
| Socal Climate Control & Mechanical, Inc., | Chapter 11 |
| Debtor(s). | NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Gregory K. Jones

10100 N Santa Monica Blvd., Suite 1400

Los Angeles, CA 90067

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED: March 12, 2024

/s/ Peter C Anderson

PETER C. ANDERSON
UNITED STATES TRUSTEE

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

**Gregory K. Jones (SBN 181072)**
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: 424-214-7044
Facsimile: 424-214-7010
Email: gjones@sycr.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Socal Climate Control & Mechanical, Inc.,<br><br>Debtor(s). | Case Number: 1:24-bk-10371-MB<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor,

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor, and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a hourly rate of $575.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I have agreed that my Subchapter V trustee fees shall be initially capped at $25,000.00 through the effective date of the plan or, if a plan is not confirmed, through the date of dismissal or conversion. However, nothing herein shall prevent the United States Trustee and me, in my capacity as Subchapter V trustee, from agreeing to an increased amount at a later date.

Pursuant to Federal Rule of Bankruptcy Procedure 2008, I hereby accept my appointment as Subchapter V trustee in this case.

DATED: 3/12/24

*/s/ Gregory K. Jones*

Gregory K. Jones
Subchapter V trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/12/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/12/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/12/2024 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

Russell Clementson
russell.clementson@usdoj.gov
Thomas B Ure    tom@urelawfirm.com,
urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
Manual Notice List

**SERVED BY U.S. MAIL**

U.S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard
Woodland Hills, California 91367

Gregory K. Jones
10100 N Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067

Socal Climate Control & Mechanical, Inc.
PO Box 4087
Chatsworth, CA 91313