1   Ure Law Firm
    8280 Florence Avenue, Suite 200
2   Downey, CA 90240
    TEL.: (213) 202-6070
3   FAX.: (213) 202-6075
    Thomas B. Ure (CA State Bar No. 170492)
4   email:  tom@urelawfirm.com

5   Proposed Attorney for
    Chapter 11 Debtor-in-Possession
6

7

(SPACE BELOW FOR FILING STAMP ONLY)

8              **UNITED STATES BANKRUPTCY COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

10

11   IN RE:                          )    Case No. 1:24-bk-10371-MB
                                     )
12   SOCAL   CLIMATE   CONTROL   &   )    CHAPTER 11 (Sub V)
     MECHANICAL, INC.,               )
13                                   )    **DEBTOR'S FIRST AMENDED CHAPTER 11**
                                     )    **PLAN OF REORGANIZATION**
14        Debtor-in-Possession.      )
                                     )    Confirmation Hearing:
15                                   )    Date:   September 10, 2024
                                     )    Time:   1:30 p.m.
16                                   )    Ctrm:   Courtroom 303
                                     )             21041 Burbank Boulevard
17                                   )             Woodland Hills, CA 91367
                                     )
18   _____    )

19

20

21

22

23

24

25

26

27

28

**TABLE OF CONTENTS**

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . .   1

      A.    Deadlines for Voting and Objecting

            Date of Plan Confirmation Hearing . . . . . . . . .   2

            1.    Time and Place of the Confirmation Hearing . . .   2

            2.    Deadline for Voting For or Against the Plan. . .   2

            3.    Deadline for Objecting to the Confirmation

                  of the Plan. . . . . . . . . . . . . . . . . .   3

            4.    Identity of Person to Contact for

                  More Information Regarding the Plan. . . . . . .   3

II.   BACKGROUND . . . . . . . . . . . . . . . . . . . .   3

      A.    Description and History of the Debtor's Business. . .   3

      B.    Principals/Affiliates of Debtor's Business. . . . . .   3

      C.    Events Leading to Chapter 11 Filing . . . . . . . . .   4

      D.    Description of the Available Assets and Their Value .   4

      E.    Current and Historical Financial Conditions . . . . .   4

III.  SUMMARY OF THE PLAN OF REORGANIZATION. . . . . . . . .   5

      A.    What Creditors and Interest Holders Will

            Receive Under the Proposed Plan . . . . . . . . . . .   5

      B.    Unclassified Claims . . . . . . . . . . . . . . . . .   5

            1.    Administrative Expenses. . . . . . . . . . . . .   5

            2.    Priority Tax Claims. . . . . . . . . . . . . .   7

      C.    Classified Claims and Interests . . . . . . . . . . .   8

            1.    Classes of Secured Claims. . . . . . . . . . .   8

            2.    Classes of Priority Unsecured Claims . . . . .   16

            3.    Classes of General Unsecured Claims. . . . . .   17

      D.    Allowance and Disallowance of Claims. . . . . . . .   18

i

1.    Disputed Claim . . . . . . . . . . . . . . .    17

E.    Disputed Claims Reserve . . . . . . . . . . . . .    18

F.    Treatment of Equity Interest Holders. . . . . . .    19

G.    Means of Effectuating the Plan. . . . . . . . . .    19

1.    Funding for the Plan . . . . . . . . . . . .    19

2.    Post-Confirmation Management . . . . . . . .    19

3.    Disbursing Agent . . . . . . . . . . . . . .    19

H.    Risk Factors. . . . . . . . . . . . . . . . . . .    19

I.    Other Provisions of the Plan. . . . . . . . . . .    19

1.    Executory Contracts and Unexpired Leases . . .    19

a.    Assumptions . . . . . . . . . . . . . .    19

b.    Rejections. . . . . . . . . . . . . . .    20

2.    Retention of Jurisdiction. . . . . . . . . .    20

J.    Tax Consequences of the Plan. . . . . . . . . . .    20

IV.  CONFIRMATION REQUIREMENTS AND PROCEDURES . . . . . . . .    21

A.    Who May Vote or Object. . . . . . . . . . . . . .    21

1.    Who May Object to Confirmation of the Plan . .    21

2.    Who May Vote to Accept/Reject the Plan . . . .    22

a.    What is an Allowed Claim/Interest . . . .    22

b.    What Is an Impaired Claim/Interest. . . .    23

3.    Who is Not Entitled to Vote. . . . . . . . . .    23

4.    Who Can Vote in More Than One Class. . . . . .    24

5.    Votes Necessary to Confirm the Plan. . . . . .    24

6.    Votes Necessary for a Class to
Accept the Plan. . . . . . . . . . . . . . .    24

7.    Treatment of Non-Accepting Classes . . . . . .    25

8.    Request for Confirmation Despite

                        Nonacceptance by Impaired Classes. . . . . . .   25

        B.   Liquidation Analysis. . . . . . . . . . . . . .   26

        C.   Feasibility . . . . . . . . . . . . . . . . . .   27

**V.   EFFECTS OF CONFIRMATION OF PLAN.** . . . . . . . . . . . .   28

        A.   Discharge . . . . . . . . . . . . . . . . . . .   28

        B.   Revesting of Property in the Debtor . . . . . . .   29

        C.   Modification of Plan. . . . . . . . . . . . . .   29

        D.   Post-Confirmation Status Report . . . . . . . . .   30

        E.   Quarterly Fees. . . . . . . . . . . . . . . . .   30

        F.   Post-Confirmation Conversion/Dismissal. . . . . .   30

        G.   Final Decree. . . . . . . . . . . . . . . . . .   31

**VI.   SUPPORTING DECLARATION OF MICHAEL MOLLOY**

**VII.  SUPPORTING EXHIBITS**

        **EXHIBIT A - LIST OF ALL ASSETS AND LIQUIDATION ANALYSIS**

        **EXHIBIT B - HISTORICAL AND PROJECTED INCOME AND EXPENSES**
        **STATEMENTS**

        **EXHIBIT C - LIST OF CLAIMS**

# I.

## **INTRODUCTION**

Socal Climate Control & Mechanical, Inc. (hereinafter "Debtor") is the Debtor in a Chapter 11 Subchapter V bankruptcy case.  On March 8, 2024, Debtor commenced a bankruptcy case by filing a voluntary petition under Chapter 11 Subchapter V of the United States Bankruptcy Code ("Code"), 11 U.S.C. § 101 et seq. Subchapter V of Chapter 11 allows a debtor to propose a plan of reorganization which sets forth how a debtor will treat claims and exit bankruptcy.  A plan may provide for a debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both.  The Debtor is the party proposing this plan (the "Plan").

This Plan is a plan of reorganization.  In other words, the Debtor seeks to make payments under the Plan to holders of allowed claims.  The timing of payments to particular creditor groups will depend upon their classification under the Plan.  The Effective Date of the Plan is the first business day which is fourteen (14) calendar days following the date of entry of the order confirming the Plan unless a stay of confirmation order is in effect, in which case the Effective Date will be the first business day after the date on which the stay of confirmation order has been lifted, provided that the confirmation order has not been vacated, with the payment(s) beginning by the first day of the following month.

The Plan cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how this Plan will affect you and what is the best course

1

of action for you.

**A.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN. IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.    Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take place on September 10, 2024 at 1:30 p.m. in Courtroom 303, 21041 Burbank Blvd., Woodland Hills, California 91367.

**2.    Deadline For Voting For or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot and return the ballot to Thomas B. Ure at Ure Law Firm.  Ballots can be submitted at the following physical address:

Ure Law Firm, APC

Attn:  Thomas B. Ure

8280 Florence Avenue, Suite 200

Downey, California 90240.

Alternatively, ballots can be emailed to the following address:

tom@urelawfirm.com

The deadline to return ballots has passed.  However, the original plan incorrectly classified certain creditors as unimpaired and, therefore, not entitled to vote.  The following

creditors are impaired and, therefore, entitled to vote:

1. Rapid Duct;

2. Rapid Permit;

3. Sigler Group.

If those creditors wish to cast a ballot, those ballots must be received by September 3, 2024 or it will not be counted.

**3. Deadline for Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed with the Court and served upon Thomas B. Ure at Ure Law Firm.  The contact information for Thomas B. Ure is 8280 Florence Avenue, Suite 200, Downey, California 90240. The deadline to file an objection to the amended plan is August 27, 2024.

**4. Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact counsel for Debtor, Thomas B. Ure at Ure Law Firm.  The contact information for Thomas B. Ure is 8280 Florence Avenue, Suite 200, Downey, California 90240, Telephone 213-202-6070 or e-mail tom@urelawfirm.com.

**II.**

**BACKGROUND**

**A. Description and History of the Debtor's Business**

Debtor is a residential and light commercial HVAC contractor providing maintenance, repair and installation of HVAC systems. Debtor has the required licenses to conduct its business.

**B. Principals/Affiliates of Debtor's Business**

Debtor is 50% owned by Tammy Navarro, 25% owned by Carey Mead

and 25% owned by Michael Molloy.

**C.    Events Leading to Chapter 11 Filing**

Debtor's business suffered temporary cash flow issues caused by a severe decline in sales due to the slowing of the consumer economy in the residential HVAC market nationwide. In addition, Debtor's expenses increased due to an increase in the cost of HVAC equipment caused by Covid 19 supply chain interruption and new state and federal efficiency regulations, lead generation, fuel, labor and insurance. Overhead for the business also increased along with increases in interest rates and lowering of consumer financing approvals which caused cash flow issues resulting in the company taking out several high interest merchant credit accounts and falling behind on vendor and creditor payments which necessitated the need to file bankruptcy. To supplement the income lost, SCCM borrowed nearly $340,000 from accounts receivable lenders ("Merchant Cash Advance Loans"). The service on this debt was nearly $15,000.00 per week. As a result, SCCM has found it short on cash and unable to meet its regular operating expenses such as payroll, insurance, and materials and supplies.

**D.    Description of the Available Assets and Their Value**

A list of all of the Debtor's assets is attached hereto as Exhibit "A". The Debtor's assets have an approximate value of $739,234.70. See Exhibit A for details.

**E.    Current and Historical Financial Conditions**

Historical financial information during the pendency of this case as well as Debtor's projection of income and expenses during the term of the Plan is set forth in Exhibit B.

4

## III.

### SUMMARY OF THE PLAN OF REORGANIZATION

**A.   What Creditors and Interest Holders Will Receive Under This Plan**

As required by the Bankruptcy Code, the Plan classifies claims and interests in various classes according to their right to priority. The Plan states whether each class of claims or interests is impaired or unimpaired.  The Plan provides the treatment each class will receive.

**B.   Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code. As such, the Debtor has <u>not</u> placed the following claims in a class.

**1.   Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code section 507(a)(1).  The Code requires that all administrative claims be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists <u>all</u> of the Debtor's § 507(a)(1) administrative claims and their treatment under the Plan:

| Administrative Priority Claimholder | Amount Owed | Proposed Treatment |
| --- | --- | --- |

5

| Thomas B. Ure (Attorney for Debtor) | $60,000.00 (estimated) | Once fees have been approved by the Court, Debtor shall immediately pay any balance due from available cash on hand. |
|---|---|---|
| SubV Trustee Fees | $15,000.00 (estimated) | Once fees have been approved by the Court, Debtor shall immediately pay any balance due from available cash on hand. |
| Clerk's Office Fees | $0.00 (estimated) | Paid when due. |

<u>Court Approval of Fees Required</u>:

The Court must rule on all fees listed in this chart before the fees will be owed. For all fees except Clerk's Office fees and U.S. Trustee's fees, the professional in question must file and serve a properly noticed fee application and the Court must rule on the application. Only the amount of fees allowed by the Court will be owed and required to be paid under this Plan.

The Debtor will pay administrative claims incurred in the ordinary course of business in the ordinary course of business, when due and pursuant to their terms. Any other unpaid administrative claims will be paid upon the latter of the Effective

1  Date or entry of an order allowing such administrative claim

2  (unless the claimant and Debtor agree otherwise).

3      Unpaid administrative claims on the Effective Date of the Plan

4  will be paid from any cash on hand and from funds in Debtor's

5  counsel trust account.  Any remaining claims will be paid from

6  Debtor's monthly disposable until paid in full and prior to any

7  distribution to general unsecured creditors in Class 3.

8      **2.   Priority Tax Claims**

9      Priority tax claims are certain unsecured income, employment

10  and other taxes described by Code Section 507(a)(8).  The Code

11  requires that each holder of such a 507(a)(8) priority tax claim

12  receive the present value of such claim in deferred cash payments,

13  over a period not exceeding five years from the petition date.

14      **a.   Internal Revenue Service**

15      A claim was filed by the Internal Revenue Service ("IRS")

16  based on missing tax returns but Debtor has since filed the tax

17  returns and does not believe there is any tax liability. The Debtor

18  expects the IRS to file an amended claim.  However, for purposes of

19  confirmation, Debtor is prepared to pay the filed claim of the IRS

20  in the amount of $1,500.22 with the current statutory rate of

21  interest (published rate is 8% from July 1, 2024 through September

22  30, 2024) in equal monthly payments such that the Allowed Priority

23  claim is paid within five years from the petition date.  The Debtor

24  anticipates 54 monthly payments of $33.17.  The first payment shall

25  be due on the First Business Day of the calendar month following

26  the Effective Date.  The administrative costs of objecting to this

27  claim would likely exceed paying the claim and, therefore, no

28

objection to the claim will be filed.

**b.   Franchise Tax Board**

A claim was filed by the Franchise Tax Board ("FTB") with an asserted priority claim of $26,940.05.   Payments of the FTB Priority Tax claim shall be made with the current statutory rate of interest (published rate is 8% from July 1, 2024 through December 31, 2024) in equal monthly payments such that the Allowed Priority claim is paid within five years from the petition date.   The Debtor anticipates 54 monthly payments of $595.71.   The first payment shall be due on the First Business Day of the calendar month following the Effective Date.

**c.   Los Angeles County Treasurer & Tax Collector**

A claim was filed by the Los Angeles County Treasurer & Tax Collector ("LACTTC") with an asserted priority claim of $359.81. Payments of the LACTTC claim shall be made with the current statutory rate of interest (18%) in equal monthly payments such that the Allowed Priority claim is paid within five years from the petition date.   The Debtor anticipates 54 monthly payments of $9.77.  The first payment shall be due on the First Business Day of the calendar month following the Effective Date.

**C.   Classified Claims and Interests**

1.   Classes of Secured Claims

Secured claims are claims secured by liens on property of the estate.

**Class 1**

**a.   Description**

Name:     Daikin Comfort Technologies Distribution Inc.

8

Collateral: To secure payment and performance of all debts, obligations and liabilities of Applicant to Creditors, of whatever kind or nature, and whether incurred now, previously or in the future, including without limitation Applicant's obligation to pay for merchandise purchased from one or more of the Creditors, Applicant hereby grants Creditors a continuing first priority security interest in all inventory (including goods held for sale, lease or resale, goods provided or to be provided to third parties under contracts of lease, consignment or service, and spare or replacement parts) and equipment sold or provided, or to be sold or provided, to Applicant by any of the Creditors, and in all returns, repossessions, substitutions, attachments and accessions thereto or thereof, and in all proceeds and products of the foregoing, including without limitation accounts, instruments, cash and chattel paper, wherever located, and whether now owned or hereafter acquired or arising (collectively, the "Collateral").

Collateral value: varies

Priority of security interest: UCC filed 8/3/2023

Principal owed: $32,318.07

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**  Impaired.

**Treatment:**   The treatment of class 1a shall be for Debtor to pay in full with the current Federal Judgment Rate of interest (4.52%). The Debtor anticipates 60 monthly payments of $602.80. The first payment shall be due on the First Business Day of the calendar month following the Effective Date.

**b.   Description**

Name:     Premier America Credit Union

Collateral: 2019 Ram Truck - VIN xxx0592

Collateral value: $29,600.00

Priority of security interest: First

Principal owed: $33,413.67

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**   Impaired.

**Treatment:**    The treatment of class 1b shall be for Debtor to pay the secured portion of the claim with 5% annual interest over 60 months with monthly payments of $558.59 and the unsecured portion of the claim in the amount of $3,813.67 shall be paid along with the other unsecured claims in Class 3.  Valuation of the secured portion of this claim is based on creditor's admission of value stated in its filed Proof of Claim.

**c.   Description**

Name:     Premier America Credit Union

Collateral: 2019 Ram Truck - VIN xxx5816

Collateral value: $27,450.00

Priority of security interest: First

Principal owed: $35,738.94

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**   Impaired.

**Treatment:**    The treatment of class 1c shall be for Debtor to pay the secured portion of the claim with 5% annual interest over 60 months with monthly payments of $518.02 and the unsecured portion of the claim in the amount of $8,288.94 shall be paid along with the other unsecured claims in Class 3.  Valuation of

the secured portion of this claim is based on creditor's admission of value stated in its filed Proof of Claim.

**d.   Description**

Name:     Byzfunder, LLC

Collateral: (i) all tangible and intangible personal property of Debtor, including, all accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property (including certificated and uncertificated securities, securities accounts, securities entitlements, commodity contracts and commodity accounts), letter of credit rights, commercial tort claims and as-extracted collateral; (ii) all patents, patent applications, trademarks, trade names, service marks, logos, copyrights, and other sources of business identifiers, and all registrations, recordings and applications with the U.S. Patent and Trademark Office ("USPTO") and U.S. Copyright Office and all renewals, reissues and extensions thereof (collectively "IP"), together with any written agreement granting any right to use any IP; and (iii) all accessions, attachments, accessories, parts, supplies and replacements, products, proceeds and collections with respect to the items described in (I) and (ii) above, as those terms are defined in Article 9 of the UCC and all records and data relating thereof.

Collateral value: varies

Priority of security interest: UCC filed 11/22/2023

Principal owed: $169,806.25

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**   Impaired.

**Treatment:**    The treatment of class 1d shall be for Debtor to pay the claim in full with the current Federal Judgment Rate of interest (4.52%). The Debtor anticipates 60 monthly payments of $3,167.25.  The first payment shall be due on the First Business Day of the calendar month following the Effective Date.

**e.    Description**

Name:    Ally Bank c/o AIS Portfolio Services, LLC

Collateral: 2017 Ram Promaster - VIN xxx9851

Collateral value: $15,471.00

Priority of security interest: First

Principal owed: $20,655.78

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**    Impaired.

**Treatment:**    The treatment of class 1c shall be for Debtor to pay the secured portion of the claim with 5% annual interest over 60 months with monthly payments of $291.96 and the unsecured portion of the claim in the amount of $5,184.78 shall be paid along with the other unsecured claims in Class 3.  Valuation of the secured portion of this claim is based on creditor's admission of value stated in its filed Proof of Claim.

**f.    Description**

Name:    Pawnee Leasing Corporation

Collateral: 2019 Ford - VIN 8920 & 2017 GMC VIN 2551)

Collateral value: $79,492.56

Priority of security interest: First

Principal owed: $79,492.56

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**    Impaired.

**Treatment:**    The treatment of class 1f shall be for Debtor to pay the secured portion of the claim with 5% annual interest over 60 months with monthly payments of $1,500.12.

**g.    Description**

Name:    ACPro

Collateral: unknown

Collateral value: unknown

Priority of security interest: unknown

Principal owed: $0.00

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**    Impaired.

**Treatment:**    ACPro was listed as a secured creditor in the schedules and the claim was scheduled as disputed.  No Proof of Claim was filed and no payments will be made to this creditor in the plan.

**h.    Description**

Name:    Ally Financing

Collateral: 2019 Chevy Colorado

Collateral value: $5,200.01

Priority of security interest: First

Principal owed: $5,200.01

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**    Impaired.

**Treatment:**    The treatment of class 1h shall be for Debtor to pay the secured portion of the claim with 5% annual interest over 60 months with monthly payments of $98.13.

**i.    Description**

Name:    Premium Financing

Collateral: unknown

Collateral value: unknown

Priority of security interest: unknown

Principal owed: unknown

**Insider/Not an Insider:**  Not an insider.

**Impaired/Not Impaired:**   Not Impaired.

**Treatment:**     Premium Financing was listed as a secured creditor in the schedules.   However, this creditor has been paid monthly as part of the approved budget in order to provide continuing insurance coverage required to operate.   In addition, to the extent that this entity had a prepetition claim, that policy has been cancelled and replaced with a new policy postpetition which also calls for monthly payments to Premium Financing. No Proof of Claim was filed and no payments will be made to this creditor in the plan.   The schedules have been amended to remove Premium Finance.

**j.    Description**

Name:    Rapid Duct

Collateral: none

Collateral value: n/a

Priority of security interest: n/a

Principal owed: $31,465.00

**Insider/Not an Insider:**  Not an insider.

**Impaired/Not Impaired:**   Impaired.

**Treatment:**     Rapid Duct was listed as a secured creditor in the

schedules.  This was incorrect as the claim should have been listed as unsecured.  A late unsecured Proof of Claim was filed in the amount of $31,465.00 and Debtor will pay this claim as a Class 3 creditor.  Amended Schedules have been filed correctly listing this claim as general unsecured.

**k.    Description**

Name:    Rapid Permit

Collateral: none

Collateral value: n/a

Priority of security interest: n/a

Principal owed: $5,825.95

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**   Impaired.

**Treatment:**    Rapid Permit was listed as a secured creditor in the schedules.  This was incorrect as the claim should have been listed as unsecured.  A late unsecured Proof of Claim was filed in the amount of $5,815.95 and Debtor will pay this claim as a Class 3 creditor.  Amended Schedules have been filed correctly listing this claim as general unsecured.

**l.    Description**

Name:    Sigler and its assignee L.A. Commercial Group, Inc.

Collateral: none

Collateral value: n/a

Priority of security interest: n/a

Principal owed: $66,615.24

**Insider/Not an Insider:** Not an insider.

**Impaired/Not Impaired:**   Impaired.

1  **Treatment:**      Sigler  was  listed  as  a  secured  creditor  in  the

2  schedules and the claim was not listed as disputed.  No Proof of

3  Claim was filed.  Sigler's claim was assigned postpetition to L.A.

4  Commercial Group, Inc. and a civil lawsuit was filed in the North

5  Valley  District  Superior  Court  of  California,  County  of  Los

6  Angeles against Tammy Navarro and Carey Mead (insiders of Debtor)

7  based on their personal guarantees of this account.  The pending

8  civil case asserts a principal balance of $34,783.72 plus attorney

9  fees in the amount of $1,433.51 and collection costs in the amount

10  of $12,174.30.  Debtor has filed Amended Schedules D & E/F which

11  moves this claim from secured to unsecured and reduces the claim

12  amount to $34,783.72.   The remaining portion of the claim for

13  collection costs and attorney's fees is disputed.

14  **m.    Description**

15  Name:    Tandem Finacial

16  Collateral: 2017 GMC Savana

17  Collateral value: $19,500.00

18  Priority of security interest: First

19  Principal owed: $19,500.00

20  **Insider/Not an Insider:** Not an insider.

21  **Impaired/Not Impaired:**    Impaired.

22  **Treatment:**      The treatment of class 1m shall be for Debtor to

23  pay the secured portion of the claim with 5% annual interest over

24  60 months with monthly payments of $367.99.

25  **2.   Class 2 - Classes of Priority Unsecured Claims**

26      Certain priority claims that are referred to in Code Sections

27  507(a)(3), (4), (5), (6), and (7) are required to be placed in

28

16

classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.

Debtor does not believe that any such claims exist.

**3.    Class 3 – Classes of General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Code Section 507(a).

**Description**

In the present case, the Debtor estimates that Class 3 general unsecured debt totals $829,976.64(see Exhibit C hereto for detailed information about each general unsecured claim).

**Insiders/Not Insiders:**    Not an insider.

**Impaired/Not Impaired:**    Impaired.

**Treatment:**

Class 3 will be paid in full pro rata over sixty (60) monthly with a estimated monthly payment of $13,832.94.  Debtor's projected disposable income for the 60 months after the effective date of the plan projects that these payments are feasible (see Exhibit B). Payments to Class 3 will not commence until administrative claims have been paid in full.  Debtor scheduled an unsecured claim of David Posner in the amount of $150,000.00. It has since been determined that Debtor is not liable on the Posner loan and the liability is for Debtor's insider only.  No Proof of Claim was filed by David Posner.  No distribution will

be made to David Posner through Debtor's plan.

**D.    Allowance and Disallowance of Claims**

    **1.    Disputed Claim**

A disputed claim is a claim that has not been allowed or disallowed, and as to which either:

(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or

(ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

No distribution will be made on account of a disputed claim unless such claim is allowed. If a disputed claim becomes allowed, it will be paid from the disputed claims reserve (see section E below for more information on the disputed claims reserve).

The Debtor will have the power and authority to settle and compromise a disputed claim with Court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

**E.    Disputed Claims Reserve**

To the extent that there are any disputed claims, the Debtor shall create a reserve account (the "Disputed Claim Reserve"), in an amount sufficient to satisfy each disputed claim in a manner consistent with the claim's treatment under this Plan should the claim ultimately become an allowed claim. Debtor asserts the amount of Disputed Claims is $130,851.80 and, therefore, Debtor will set aside $2,180.86 per month for 60 months to establish a

Disputed Claim Reserve.

**F.    Treatment of Equity Interest Holders**

Upon confirmation of this Plan, the existing equity interest holders of Debtor shall retain their equity interest in the reorganized Debtor with the same ownership percentage as held on the petition date, subject to the terms and conditions of this Plan.

**G.    Means of Effectuating the Plan**

**1.    Funding for the Plan**

The Plan will be funded from Debtor's continued operations.

**2.    Post-confirmation Management**

Post-confirmation management shall remain the same as the current management which consists of Tammy Navarro, Carey Mead and Michael Molloy.

**3.    Disbursing Agent**

Debtor shall act as the disbursing agent even if the plan is confirmed under section 1191(b).   The Debtor will not be compensated for acting as the disbursing agent.

**H.    Risk Factors**

The proposed Plan has the following risks:

Business income has and may continue to fluctuate with the economic conditions as well as the seasonal nature of Debtor' business.

**I.    Other Provisions of the Plan**

**1.    Executory Contracts and Unexpired Leases**

**a.    Assumptions**

Debtor does not have any leases to assume or reject.

19

If you object to assumption of your lease by the Debtor or to the proposed cure amount, then you must file an objection to the Plan no later than two weeks prior to the confirmation hearing. The Court has not yet set the date for a confirmation hearing. Separate notice of the date for the confirmation hearing and the deadline to object to confirmation will be provided by Debtor.

**b.    Rejections**

Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING FROM THE REJECTION OF A LEASE OR CONTRACT IS THIRTY DAYS FROM THE EFFECTIVE DATE.  Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court later orders otherwise.

**2.    Retention of Jurisdiction.**

The Court will retain jurisdiction to the extent provided by law.

**J.    Tax Consequences of Plan**

CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS. The following disclosure of possible tax consequences is intended solely for the purpose of alerting readers about possible tax issues this Plan may

1    present to the Debtor. The Proponent CANNOT and DOES NOT
2    represent that the tax consequences contained below are the only
3    tax consequences of the Plan because the Tax Code embodies many
4    complicated rules which make it difficult to state completely and
5    accurately all the tax implications of any action.

6        Debtor does not anticipate that confirmation of the Plan will
7    have a significant or material effect on its tax liability.

8        Debtor makes no representations regarding the potential tax
9    consequences to any creditor or other party.

10                              **IV.**

11          **CONFIRMATION REQUIREMENTS AND PROCEDURES**

12        PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OR THIS PLAN
13   SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON
14   CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX. The
15   following discussion is intended solely for the purpose of
16   alerting readers about basic confirmation issues, which they may
17   wish to consider, as well as certain deadlines for filing claims.
18   The proponent CANNOT and DOES NOT represent that the discussion
19   contained below is a complete summary of the law on this topic.

20        Many requirements must be met before the Court can confirm a
21   Plan. Some of the requirements include that the Plan must be
22   proposed in good faith, acceptance of the Plan, whether the Plan
23   pays creditors at least as much as creditors would receive in a
24   Chapter 7 liquidation, and whether the Plan is feasible. These
25   requirements are <u>not</u> the only requirements for confirmation.

26   **A.    Who May Vote or Object**

27        **1.    Who May Object to Confirmation of the Plan**

28
                              21

Any party in interest may object to the confirmation of the Plan, but as explained below not everyone is entitled to vote to accept or reject the Plan.

**2.   Who May Vote to Accept/Reject the Plan**

A creditor or interest holder has a right to vote for or against the Plan if that creditor or interest holder has a claim which is both (1) allowed or allowed for voting purposes and (2) classified in an impaired class.

**a.   What Is an Allowed Claim/Interest**

As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to have the right to vote. Generally, any proof of claim or interest will be allowed, unless a party in interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE WAS MAY 17, 2024 FOR NON-GOVERNMENTAL AGENCIES AND IS SEPTEMBER 4, 2024 FOR GOVERNMENTAL AGENCIES.  A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest is not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim. An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest. Consult Exhibits C to see how the Debtor has

characterized your claim or interest.

**b.   What Is an Impaired Claim/Interest**

As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan. A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class. For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed on the effective date of the plan.

In this case, Debtor asserts that classes 1a, 1b, 1c, 1d, 1e, 1f, 1h, 1m and 3 are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan.   Parties who dispute the Debtor's characterization of their claim or interest as being impaired or unimpaired may file an objection to the Plan contending that the Debtor has incorrectly characterized the class.

**3.   Who is <u>Not</u> Entitled to Vote**

The following four types of claims are <u>not</u> entitled to vote: (1) claims that have been disallowed; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan. Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan. Claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the

Code. Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

**4.   Who Can Vote in More Than One Class**

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject a Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

**5.   Votes Necessary to Confirm the Plan**

If there is an impaired claim or claims and none vote in favor of the plan, Section 1191(b) provides that a non-consensual plan may be confirmed if it does not discriminate unfairly, and the plan is fair and equitable, with respect to each class of claims or interests that is impaired and has not accepted the plan.  Cramdown confirmation is possible in subchapter V cases even if § 1129(a)(10) is not satisfied and no impaired class of creditors accepts the plan.

**6.   Votes Necessary for a Class to Accept the Plan**

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan.  A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to

accept the Plan.

**7.   Treatment of Non-Accepting Classes**

As noted above, even if <u>all</u> impaired classes do not accept the proposed Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Code.  The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

**8.   Request for Confirmation Despite Non-Acceptance by Impaired Classes**

The party proposing this Plan may ask <u>the Court</u> to confirm this Plan by cramdown on impaired classes if any of these classes do not vote to accept the Plan.  As stated in section 7 above, the Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

In order for a plan to be considered "fair and equitable" under Section 1129(b)(1), it must meet the following requirements:

25

- • The plan must provide each class of creditors with at least as much as they would receive under a Chapter 7 liquidation.

- • The plan must not discriminate unfairly between different classes of creditors.

- • The plan must be feasible, meaning that it is likely that the debtor will be able to carry out the plan.

If a plan meets these requirements, the court may confirm it even if it is rejected by one or more classes of creditors. This gives the debtor more flexibility in negotiating a plan that is in the best interests of the company and its creditors.

## B.   Liquidation Analysis

Another confirmation requirement is the "Best Interest Test", which requires a liquidation analysis.  Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in

relationship to the amount of total allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Court to be able to confirm this Plan, the Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a Chapter 7 liquidation. Debtor maintains that this requirement is met here due to the fact that Debtor's plan proposes to pay all creditors in full.

Attached as Exhibit A is a copy of the list of assets as well as the liquidation analysis.

**C.    Feasibility**

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis. The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the claims and expenses which are entitled to be paid on such date.  The Debtor will have sufficient funds available from its rental income. See attached income and expense projections which attached as Exhibit B.

The second aspect considers whether the Debtor will have enough cash over the life of the Plan to make the required Plan

payments.

The Debtor has provided financial statements which include projected financial information as well as historical financial information.  Please refer to Exhibit B for the relevant financial statements.

YOU ARE ADVISED TO CONSULT WITH YOUR ACCOUNTANT OR FINANCIAL ADVISOR IF YOU HAVE ANY QUESTIONS PERTAINING TO THESE FINANCIAL STATEMENTS.

**V.**

**EFFECT OF CONFIRMATION OF PLAN**

**A.    Discharge**

If the Debtor's Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

(i) imposed by this Plan; or

(ii) to the extent provided in § 1141(d)(6).

If the Debtor's Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 3 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt:

(i) on which the last payment is due after the first 3 years of the plan, or as otherwise provided in § 1192;

or

(ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

**B.    Revesting of Property in the Debtor**

Except as provided elsewhere in the Plan, the confirmation of the Plan revests all of the property of the estate in the Debtor.

**C.    Modification of Plan**

The Debtor of the Plan may modify the Plan at any time before confirmation.  However, the Court may require revoting on the Plan.

If a plan has been confirmed under section 1191(a) of this title, the debtor may modify the plan at any time after confirmation of the plan and before substantial consummation of the plan, but may not modify the plan so that the plan as modified fails to meet the requirements of sections 1122 and 1123 of this title, with the exception of subsection (a)(8) of such section 1123. The plan, as modified under this subsection, becomes the plan only if circumstances warrant the modification and the court, after notice and a hearing, confirms the plan as modified under section 1191(a) of this title.

If a plan has been confirmed under section 1191(b) of this title, the debtor may modify the plan at any time within 3 years, or such longer time not to exceed 5 years, as fixed by the court, but may not modify the plan so that the plan as modified fails to meet the requirements of section 1191(b) of this title. The plan as modified under this subsection becomes the plan only if

circumstances warrant such modification and the court, after notice and a hearing, confirms such plan, as modified, under section 1191(b) of this title.

**D.   Post-Confirmation Status Report**

Within 120 days of the entry of the order confirming the Plan, Debtor shall file a status report with the Court explaining what progress has been made toward consummation of the confirmed Plan unless the Court sets a post confirmation status conference in which case debtor shall comply with applicable local bankruptcy rules regarding deadlines for filing such a report.  The status report shall be served on the United States Trustee, the twenty largest unsecured creditors, and those parties who have requested special notice. Further status reports shall be filed every 120 days and served on the same entities.

**E.   Quarterly Fees**

No quarterly fees are required for SubV cases.

**F.   Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to convert or dismiss the case under § 1112(b), after the Plan is confirmed, if there is a default in performing the Plan.  If the Court orders, the case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will revest in the Chapter 7, estate. The automatic stay will be reimposed upon the revested property, but only to the extent that relief from stay was not previously authorized by the Court during this case.

1    The order confirming the Plan may also be revoked under very

2  limited circumstances. The Court may revoke the order if the order

3  of confirmation was procured by fraud and if the party in interest

4  brings an adversary proceeding to revoke confirmation within 180

5  days after the entry of the order of confirmation.

6  **G.    Final Decree**

7    Once the estate has been fully administered as referred to in

8  Bankruptcy Rule 3022, the Debtor shall file a motion with the

9  Court to obtain a final decree to close the case.

10  **VI.    SUPPORTING DECLARATION OF MICHAEL MOLLOY**

11  **VII. SUPPORTING EXHIBITS**

12    **EXHIBIT A - LIST OF ALL ASSETS AND LIQUIDATION ANALYSIS**

13    **EXHIBIT B - HISTORICAL AND PROJECTED INCOME AND EXPENSES**

14  **STATEMENTS**

15    **EXHIBIT C - LIST OF CLAIMS**

16

17  Dated: August 20, 2024    By: _____

18                                          Michael Molloy
                                            Secretary of Debtor and
19                                          Plan Proponent

20  Dated: August 20, 2024    By: /s/ Thomas B. Ure
                                            Thomas B. Ure
21                                          General Counsel for Debtor and
                                            Plan Proponent
22

23

24

25

26

27

28

## DECLARATION OF MICHAEL MOLLOY

I, MICHAEL MOLLOY, declare:

1. I am the Secretary of Debtor in Chapter 11 case number 1:24-bk-10371-MB. As such, I have personal knowledge of the facts stated herein, and if called upon to testify thereto, I could and would do so competently and truthfully.

2. Attached as Exhibit A is a true and correct copy of Debtor's assets and their liquidation value.

3. Attached as Exhibit B is the Income and Expenses for March 2024 through July 2024 as well as projected cash flow from the projected effective date of the plan (October 2024) through the proposed 60 month plan term. I created the projections using the following data:

   a. I looked at the historic performance of the company in order to determine an estimate for seasonal fluctuations in the business. The summer months are the busiest and generate the most revenue as our most significant revenue is from the air conditioning installation and service (including mini-split systems). We have a slight increase in the winter months due to portion of our business that generates revenue from installation and servicing of heating systems. The mild climate months historically have the lowest revenue;

   b. Certain line items such as costs of inventory and equipment, lead generation costs, subcontractor payments, sales commissions, costs of permits are directly tied to revenue. During the mild climate months where business is slower, each of these expense items are also lower and this is also reflected in the projections;

   c. The projections differ from past performance in a few categories. We moved our office to a smaller location and, as a result, now have lower monthly commercial lease payments and lower utilities. We also found less expensive insurance for both the general liability and the automobile coverage.

4. Attached as Exhibit C is a list of claims.

I declare under penalty of perjury according to the laws of the United States of America that the

1  foregoing is true and correct and that this Declaration is executed on this 20th day of August, 2024 at Los

2  Angeles, California.

_____
Michael Molloy
Secretary of Debtor

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

# EXHIBIT A
## LIST OF ALL ASSETS AND
## BASIS FOR LIQUIDATION VALUE OF ESTATE ASSETS
## IN RE SOCAL CLIMATE CONTROL & MECHANICAL, INC.
## CASE NUMBER 1:24-bk-10371-MB

| Description of Estate Asset | Value of Debtor's Share of Asset | Liens | Liquidation Value | Basis for Valuation |
|---|---|---|---|---|
| Bank accounts | $20,609.09 | $0.00 | $20,609.09 | Actual balances on petition |
| Accounts receivables on date of petition | $483,267.33 | $340,315.27 | $142,952.06 | Actual balances on petition |
| Office furniture | $45,000.00 | $0.00 | $45,000.00 | Value per debtor |
| Office equipment | $150,000.00 | $0.00 | $150,000.00 | Value per debtor' |
| 2019 Ram Promaster 2500 | $25,852.00 | $35,738.94 | $9,886.94 | Value per debtor; lien amount per Proof of Claim |
| 2019 Ram Promaster 1500 | $21,846.00 | $33,413.67 | $11,567.67 | Value per debtor; lien amount per Proof of Claim |
| 2017 Ram Promaster | $17,000.00 | $20,655.78 | $3,655.78 | Value per debtor; lien amount per Proof of Claim |
| 2019 Ford Transit | $21,089.00 | $0.00 | $0.00 | Value per debtor |
| 2017 GMC Savanna | $19,500.00 | $0.00 | $0.00 | Value per debtor |
| 2019 Chevy Silverado | $14,000.00 | $5,200.01 | $0.00 | Value per debtor |
| 2002 Chevrolet Astro | $14,000.00 | $0.00 | $14,000.00 | Value per debtor |
| 1994 GMC Topkick | $15,000.00 | $0.00 | $15,000.00 | Value per debtor |
| 1968 Big Joe Hydraulic Lift | $300.00 | $0.00 | $300.00 | Value per debtor |
| 2023 Noble Lift Forklift | $6,400.00 | $5,610.53 | $789.47 | Value per debtor; lien amount per Proof of Claim |
| Handmade Electric Lift | $500.00 | $0.00 | $500.00 | Value per debtor |
| Rotobrush air+ | $3,500.00 | $0.00 | $3,500.00 | Value per debtor |
| Fogger | $200.00 | $0.00 | $200.00 | Value per debtor |
| www.socalclimatecontrol.com | $5,000.00 | $0.00 | $5,000.00 | Value per debtor |
| Contractor's License | $2,000.00 | $0.00 | $2,000.00 | Value per debtor |
| CRM Database | $20,000.00 | $0.00 | $20,000.00 | Value per debtor |
| ERTC – Tax Year 2020 | $112,243.44 | $0.00 | $112,243.44 | |

| | | | | |
|---|---|---|---|---|
| ERTC – Tax Year 2021 | $97,030.25 | $0.00 | $97,030.25 | |
| Suppliers Rebates | $85,000.00 | $0.00 | $85,000.00 | |
| | | | $739,234.70 | |

**EXHIBIT B**

Actual Company Performance
Socal Climate Control & Mechanical

|                    | Apr-24      | May-24      | Jun-24      | Jul-24       |
|--------------------|-------------|-------------|-------------|--------------|
| Cash receipts      | $541,558.28 | $559,441.27 | $516,424.83 | $791,575.71  |
| Cash disbursements | $492,473.26 | $617,592.88 | $460,548.12 | $897,738.91  |
| Net cash flow      | $49,085.02  | -$58,151.61 | $55,876.71  | -$106,163.20 |

**Socal Climate Control & Mechanical**

| | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $600,000.00 | $495,894.03 | $466,788.06 | $468,182.09 | $500,076.12 | $501,470.15 | $472,364.18 | $443,258.21 | $475,152.24 | $507,046.27 | $569,440.30 | $662,334.33 |
| **Cash Inflows** | | | | | | | | | | | | |
| Expected Revenue | $300,000.00 | $300,000.00 | $400,000.00 | $500,000.00 | $400,000.00 | $300,000.00 | $300,000.00 | $500,000.00 | $500,000.00 | $600,000.00 | $700,000.00 | $800,000.00 |
| **Cash Outflows** | | | | | | | | | | | | |
| Costs of inventory/equipment for projects | $82,500.00 | $82,500.00 | $110,000.00 | $137,500.00 | $110,000.00 | $82,500.00 | $82,500.00 | $137,500.00 | $137,500.00 | $165,000.00 | $192,500.00 | $220,000.00 |
| Lead generation costs | $22,500.00 | $22,500.00 | $30,000.00 | $37,500.00 | $30,000.00 | $22,500.00 | $22,500.00 | $37,500.00 | $37,500.00 | $45,000.00 | $52,500.00 | $60,000.00 |
| Employee payroll (including worker's comp. insurance | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Insurance (general liability) | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 |
| Insurance (automobile) | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 |
| Rent | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 |
| Utilities | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Subcontractor payments | $60,000.00 | $60,000.00 | $80,000.00 | $100,000.00 | $80,000.00 | $60,000.00 | $60,000.00 | $100,000.00 | $100,000.00 | $120,000.00 | $140,000.00 | $160,000.00 |
| Sales commissions | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 | $48,000.00 | $36,000.00 | $36,000.00 | $60,000.00 | $60,000.00 | $72,000.00 | $84,000.00 | $96,000.00 |
| Fuel | $3,000.00 | $3,000.00 | $4,000.00 | $5,000.00 | $4,000.00 | $3,000.00 | $3,000.00 | $5,000.00 | $5,000.00 | $6,000.00 | $7,000.00 | $8,000.00 |
| Permits | $4,500.00 | $4,500.00 | $6,000.00 | $7,500.00 | $6,000.00 | $4,500.00 | $4,500.00 | $7,500.00 | $7,500.00 | $9,000.00 | $10,500.00 | $12,000.00 |
| Google Suite software | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 |
| CRM Software | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 |
| Customer refunds | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| CSLB | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank & Credit Card Fees | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General office operations | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Franchise Tax Board | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 |
| Daikin Comfort Techologies Distribution Inc. | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 |
| Premier America Credit Union | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 |
| Premier America Credit Union | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 |
| Byzfunder, LLC | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 |
| Ally Bank c/o AIS Portfolio Services, LLC | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 |
| Pawnee Leasing Corporation | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 |
| Ally Financing | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 |
| Tandem Financial | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 |
| Class 3 - General Unsecured Claims | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 |
| Administrative fees | $75,000.00 | | | | | | | | | | | |
| **Total Outflows** | $404,105.97 | $329,105.97 | $398,605.97 | $468,105.97 | $398,605.97 | $329,105.97 | $329,105.97 | $468,105.97 | $468,105.97 | $537,605.97 | $607,105.97 | $676,605.97 |
| **Net Operating Cash** | -$104,105.97 | -$29,105.97 | $1,394.03 | $31,894.03 | $1,394.03 | -$29,105.97 | -$29,105.97 | $31,894.03 | $31,894.03 | $62,394.03 | $92,894.03 | $123,394.03 |
| **Ending Cash** | $495,894.03 | $466,788.06 | $468,182.09 | $500,076.12 | $501,470.15 | $472,364.18 | $443,258.21 | $475,152.24 | $507,046.27 | $569,440.30 | $662,334.33 | $785,728.36 |

**Socal Climate Control & Mechanical**

| | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $860,728.36 | $831,622.39 | $802,516.42 | $803,910.45 | $835,804.48 | $837,198.51 | $808,092.54 | $778,986.57 | $810,880.60 | $842,774.63 | $905,168.66 | $998,062.69 |
| **Cash Inflows** | | | | | | | | | | | | |
| Expected Revenue | $300,000.00 | $300,000.00 | $400,000.00 | $500,000.00 | $400,000.00 | $300,000.00 | $300,000.00 | $500,000.00 | $500,000.00 | $600,000.00 | $700,000.00 | $800,000.00 |
| **Cash Outflows** | | | | | | | | | | | | |
| Costs of inventory/equipment for projects | $82,500.00 | $82,500.00 | $110,000.00 | $137,500.00 | $110,000.00 | $82,500.00 | $82,500.00 | $137,500.00 | $137,500.00 | $165,000.00 | $192,500.00 | $220,000.00 |
| Lead generation costs | $22,500.00 | $22,500.00 | $30,000.00 | $37,500.00 | $30,000.00 | $22,500.00 | $22,500.00 | $37,500.00 | $37,500.00 | $45,000.00 | $52,500.00 | $60,000.00 |
| Employee payroll (including worker's comp. insurance | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Insurance (general liability) | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 |
| Insurance (automobile) | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 |
| Rent | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 |
| Utilities | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Subcontractor payments | $60,000.00 | $60,000.00 | $80,000.00 | $100,000.00 | $80,000.00 | $60,000.00 | $60,000.00 | $100,000.00 | $100,000.00 | $120,000.00 | $140,000.00 | $160,000.00 |
| Sales commissions | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 | $48,000.00 | $36,000.00 | $36,000.00 | $60,000.00 | $60,000.00 | $72,000.00 | $84,000.00 | $96,000.00 |
| Fuel | $3,000.00 | $3,000.00 | $4,000.00 | $5,000.00 | $4,000.00 | $3,000.00 | $3,000.00 | $5,000.00 | $5,000.00 | $6,000.00 | $7,000.00 | $8,000.00 |
| Permits | $4,500.00 | $4,500.00 | $6,000.00 | $7,500.00 | $6,000.00 | $4,500.00 | $4,500.00 | $7,500.00 | $7,500.00 | $9,000.00 | $10,500.00 | $12,000.00 |
| Google Suite software | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 |
| CRM Software | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 |
| Customer refunds | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| CSLB | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank & Credit Card Fees | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General office operations | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Franchise Tax Board | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 | $518.00 |
| Daikin Comfort Techologies Distribution Inc. | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 |
| Premier America Credit Union | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 |
| Premier America Credit Union | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 |
| Byzfunder, LLC | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 |
| Ally Bank c/o AIS Portfolio Services, LLC | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 |
| Pawnee Leasing Corporation | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 |
| Ally Financing | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 |
| Tandem Financial | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 |
| Class 3 - General Unsecured Claims | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 |
| Administrative fees | | | | | | | | | | | | |
| **Total Outflows** | $329,105.97 | $329,105.97 | $398,605.97 | $468,105.97 | $398,605.97 | $329,105.97 | $329,105.97 | $468,105.97 | $468,105.97 | $537,605.97 | $607,105.97 | $676,605.97 |
| **Net Operating Cash** | -$29,105.97 | -$29,105.97 | $1,394.03 | $31,894.03 | $1,394.03 | -$29,105.97 | -$29,105.97 | $31,894.03 | $31,894.03 | $62,394.03 | $92,894.03 | $123,394.03 |
| **Ending Cash** | $831,622.39 | $802,516.42 | $803,910.45 | $835,804.48 | $837,198.51 | $808,092.54 | $778,986.57 | $810,880.60 | $842,774.63 | $905,168.66 | $998,062.69 | $1,121,456.72 |

**Socal Climate Control & Mechanical**

| | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $1,121,456.72 | $1,092,350.75 | $1,063,244.78 | $1,064,638.81 | $1,096,532.84 | $1,097,926.87 | $1,068,820.90 | $1,039,714.93 | $1,071,608.96 | $1,103,502.99 | $1,165,897.02 | $1,258,791.05 |
| **Cash Inflows** | | | | | | | | | | | | |
| Expected Revenue | $300,000.00 | $300,000.00 | $400,000.00 | $500,000.00 | $400,000.00 | $300,000.00 | $300,000.00 | $500,000.00 | $500,000.00 | $600,000.00 | $700,000.00 | $800,000.00 |
| **Cash Outflows** | | | | | | | | | | | | |
| Costs of inventory/equipment for projects | $82,500.00 | $82,500.00 | $110,000.00 | $137,500.00 | $110,000.00 | $82,500.00 | $82,500.00 | $137,500.00 | $137,500.00 | $165,000.00 | $192,500.00 | $220,000.00 |
| Lead generation costs | $22,500.00 | $22,500.00 | $30,000.00 | $37,500.00 | $30,000.00 | $22,500.00 | $22,500.00 | $37,500.00 | $37,500.00 | $45,000.00 | $52,500.00 | $60,000.00 |
| Employee payroll (including worker's comp. insurance | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Insurance (general liability) | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 |
| Insurance (automobile) | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 |
| Rent | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 |
| Utilities | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Subcontractor payments | $60,000.00 | $60,000.00 | $80,000.00 | $100,000.00 | $80,000.00 | $60,000.00 | $60,000.00 | $100,000.00 | $100,000.00 | $120,000.00 | $140,000.00 | $160,000.00 |
| Sales commissions | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 | $48,000.00 | $36,000.00 | $36,000.00 | $60,000.00 | $60,000.00 | $72,000.00 | $84,000.00 | $96,000.00 |
| Fuel | $3,000.00 | $3,000.00 | $4,000.00 | $5,000.00 | $4,000.00 | $3,000.00 | $3,000.00 | $5,000.00 | $5,000.00 | $6,000.00 | $7,000.00 | $8,000.00 |
| Permits | $4,500.00 | $4,500.00 | $6,000.00 | $7,500.00 | $6,000.00 | $4,500.00 | $4,500.00 | $7,500.00 | $7,500.00 | $9,000.00 | $10,500.00 | $12,000.00 |
| Google Suite software | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 |
| CRM Software | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 |
| Customer refunds | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| CSLB | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank & Credit Card Fees | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General office operations | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Franchise Tax Board | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 |
| Daikin Comfort Techologies Distribution Inc. | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 |
| Premier America Credit Union | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 |
| Premier America Credit Union | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 |
| Byzfunder, LLC | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 |
| Ally Bank c/o AIS Portfolio Services, LLC | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 |
| Pawnee Leasing Corporation | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 |
| Ally Financing | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 |
| Tandem Financial | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 |
| Class 3 - General Unsecured Claims | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 |
| Administrative fees | | | | | | | | | | | | |
| **Total Outflows** | $329,105.97 | $329,105.97 | $398,605.97 | $468,105.97 | $398,605.97 | $329,105.97 | $329,105.97 | $468,105.97 | $468,105.97 | $537,605.97 | $607,105.97 | $676,605.97 |
| Net Operating Cash | -$29,105.97 | -$29,105.97 | $1,394.03 | $31,894.03 | $1,394.03 | -$29,105.97 | -$29,105.97 | $31,894.03 | $31,894.03 | $62,394.03 | $92,894.03 | $123,394.03 |
| Ending Cash | $1,092,350.75 | $1,063,244.78 | $1,064,638.81 | $1,096,532.84 | $1,097,926.87 | $1,068,820.90 | $1,039,714.93 | $1,071,608.96 | $1,103,502.99 | $1,165,897.02 | $1,258,791.05 | $1,382,185.08 |

**Socal Climate Control & Mechanical**

| | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $1,382,185.08 | $1,353,079.11 | $1,323,973.14 | $1,325,367.17 | $1,357,261.20 | $1,358,655.23 | $1,329,549.26 | $1,300,443.29 | $1,332,337.32 | $1,364,231.35 | $1,426,625.38 | $1,519,519.41 |
| **Cash Inflows** | | | | | | | | | | | | |
| Expected Revenue | $300,000.00 | $300,000.00 | $400,000.00 | $500,000.00 | $400,000.00 | $300,000.00 | $300,000.00 | $500,000.00 | $500,000.00 | $600,000.00 | $700,000.00 | $800,000.00 |
| **Cash Outflows** | | | | | | | | | | | | |
| Costs of inventory/equipment for projects | $82,500.00 | $82,500.00 | $110,000.00 | $137,500.00 | $110,000.00 | $82,500.00 | $82,500.00 | $137,500.00 | $137,500.00 | $165,000.00 | $192,500.00 | $220,000.00 |
| Lead generation costs | $22,500.00 | $22,500.00 | $30,000.00 | $37,500.00 | $30,000.00 | $22,500.00 | $22,500.00 | $37,500.00 | $37,500.00 | $45,000.00 | $52,500.00 | $60,000.00 |
| Employee payroll (including worker's comp. insurance | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Insurance (general liability) | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 |
| Insurance (automobile) | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 |
| Rent | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 |
| Utilities | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Subcontractor payments | $60,000.00 | $60,000.00 | $80,000.00 | $100,000.00 | $80,000.00 | $60,000.00 | $60,000.00 | $100,000.00 | $100,000.00 | $120,000.00 | $140,000.00 | $160,000.00 |
| Sales commissions | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 | $48,000.00 | $36,000.00 | $36,000.00 | $60,000.00 | $60,000.00 | $72,000.00 | $84,000.00 | $96,000.00 |
| Fuel | $3,000.00 | $3,000.00 | $4,000.00 | $5,000.00 | $4,000.00 | $3,000.00 | $3,000.00 | $5,000.00 | $5,000.00 | $6,000.00 | $7,000.00 | $8,000.00 |
| Permits | $4,500.00 | $4,500.00 | $6,000.00 | $7,500.00 | $6,000.00 | $4,500.00 | $4,500.00 | $7,500.00 | $7,500.00 | $9,000.00 | $10,500.00 | $12,000.00 |
| Google Suite software | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 |
| CRM Software | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 |
| Customer refunds | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| CSLB | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank & Credit Card Fees | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General office operations | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Franchise Tax Board | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 |
| Daikin Comfort Techologies Distribution Inc. | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 |
| Premier America Credit Union | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 |
| Premier America Credit Union | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 |
| Byzfunder, LLC | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 |
| Ally Bank c/o AIS Portfolio Services, LLC | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 |
| Pawnee Leasing Corporation | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 |
| Ally Financing | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 |
| Tandem Financial | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 |
| Class 3 - General Unsecured Claims | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 |
| Administrative fees | | | | | | | | | | | | |
| **Total Outflows** | $329,105.97 | $329,105.97 | $398,605.97 | $468,105.97 | $398,605.97 | $329,105.97 | $329,105.97 | $468,105.97 | $468,105.97 | $537,605.97 | $607,105.97 | $676,605.97 |
| Net Operating Cash | -$29,105.97 | -$29,105.97 | $1,394.03 | $31,894.03 | $1,394.03 | -$29,105.97 | -$29,105.97 | $31,894.03 | $31,894.03 | $62,394.03 | $92,894.03 | $123,394.03 |
| **Ending Cash** | $1,353,079.11 | $1,323,973.14 | $1,325,367.17 | $1,357,261.20 | $1,358,655.23 | $1,329,549.26 | $1,300,443.29 | $1,332,337.32 | $1,364,231.35 | $1,426,625.38 | $1,519,519.41 | $1,642,913.44 |

**Socal Climate Control & Mechanical**

| | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $1,642,913.44 | $1,613,807.47 | $1,584,701.50 | $1,586,095.53 | $1,617,989.56 | $1,619,383.59 | $1,590,277.62 | $1,561,171.65 | $1,593,065.68 | $1,624,959.71 | $1,687,353.74 | $1,780,247.77 |
| | | | | | | | | | | | | |
| **Cash Inflows** | | | | | | | | | | | | |
| Expected Revenue | $300,000.00 | $300,000.00 | $400,000.00 | $500,000.00 | $400,000.00 | $300,000.00 | $300,000.00 | $500,000.00 | $500,000.00 | $600,000.00 | $700,000.00 | $800,000.00 |
| | | | | | | | | | | | | |
| **Cash Outflows** | | | | | | | | | | | | |
| Costs of inventory/equipment for projects | $82,500.00 | $82,500.00 | $110,000.00 | $137,500.00 | $110,000.00 | $82,500.00 | $82,500.00 | $137,500.00 | $137,500.00 | $165,000.00 | $192,500.00 | $220,000.00 |
| Lead generation costs | $22,500.00 | $22,500.00 | $30,000.00 | $37,500.00 | $30,000.00 | $22,500.00 | $22,500.00 | $37,500.00 | $37,500.00 | $45,000.00 | $52,500.00 | $60,000.00 |
| Employee payroll (including worker's comp. insurance | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Insurance (general liability) | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 | $7,384.46 |
| Insurance (automobile) | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 | $3,632.69 |
| Rent | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 | $3,740.00 |
| Utilities | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Subcontractor payments | $60,000.00 | $60,000.00 | $80,000.00 | $100,000.00 | $80,000.00 | $60,000.00 | $60,000.00 | $100,000.00 | $100,000.00 | $120,000.00 | $140,000.00 | $160,000.00 |
| Sales commissions | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 | $48,000.00 | $36,000.00 | $36,000.00 | $60,000.00 | $60,000.00 | $72,000.00 | $84,000.00 | $96,000.00 |
| Fuel | $3,000.00 | $3,000.00 | $4,000.00 | $5,000.00 | $4,000.00 | $3,000.00 | $3,000.00 | $5,000.00 | $5,000.00 | $6,000.00 | $7,000.00 | $8,000.00 |
| Permits | $4,500.00 | $4,500.00 | $6,000.00 | $7,500.00 | $6,000.00 | $4,500.00 | $4,500.00 | $7,500.00 | $7,500.00 | $9,000.00 | $10,500.00 | $12,000.00 |
| Google Suite software | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 | $244.80 |
| CRM Software | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 | $3,548.14 |
| Customer refunds | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| CSLB | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank & Credit Card Fees | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General office operations | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Franchise Tax Board | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 | $518.08 |
| Daikin Comfort Techologies Distribution Inc. | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 | $602.80 |
| Premier America Credit Union | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 | $558.59 |
| Premier America Credit Union | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 | $518.02 |
| Byzfunder, LLC | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 | $3,167.25 |
| Ally Bank c/o AIS Portfolio Services, LLC | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 | $291.96 |
| Pawnee Leasing Corporation | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 | $1,500.12 |
| Ally Financing | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 | $98.13 |
| Tandem Financial | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 | $367.99 |
| Class 3 - General Unsecured Claims | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 | $13,832.94 |
| Administrative fees | | | | | | | | | | | | |
| **Total Outflows** | $329,105.97 | $329,105.97 | $398,605.97 | $468,105.97 | $398,605.97 | $329,105.97 | $329,105.97 | $468,105.97 | $468,105.97 | $537,605.97 | $607,105.97 | $676,605.97 |
| **Net Operating Cash** | -$29,105.97 | -$29,105.97 | $1,394.03 | $31,894.03 | $1,394.03 | -$29,105.97 | -$29,105.97 | $31,894.03 | $31,894.03 | $62,394.03 | $92,894.03 | $123,394.03 |
| **Ending Cash** | $1,613,807.47 | $1,584,701.50 | $1,586,095.53 | $1,617,989.56 | $1,619,383.59 | $1,590,277.62 | $1,561,171.65 | $1,593,065.68 | $1,624,959.71 | $1,687,353.74 | $1,780,247.77 | $1,903,641.80 |

**EXHIBIT C - LIST OF CLAIMS**

| Date Filed | Claim # | Entry Detail 1 | Priority | Secured | Unsecured |
|---|---|---|---|---|---|
| 05/22/2024 | 23 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | | | $5,610.53 |
| 05/17/2024 | 21 | Silvia Ochoa | | | $12,211.00 |
| 05/17/2024 | 22 | Daikin Comfort Technologies Distribution Inc. | | $32,318.07 | |
| 05/17/2024 | 19 | PREMIER AMERICA CREDIT UNION (2019 Ram Truck - VIN XX0592] | | $29,600.00 | $3,813.67 |
| 05/17/2024 | 18 | PREMIER AMERICA CREDIT UNION (2019 Ram Truck - VIN xx5816] | | $27,450.00 | $8,288.94 |
| 05/17/2024 | 20 | ODK Capital Inc. (ondeck) | | | $80,805.48 |
| 05/16/2024 | 17 | Byzfunder, LLC | | $169,806.25 | |
| 05/15/2024 | 15 | Adolph Navarro | | | $175,000.00 |
| 05/15/2024 | 16 | Lennox Industries | | | $10,909.66 |
| 05/09/2024 | 14 | US Air Conditioning Distributors | | | $1,742.93 |
| 05/06/2024 | 13 | Custom Air Systems | | | $500.00 |
| 05/01/2024 | 12 | Ferguson Enterprises, LLC | | | $46,475.81 |
| 04/29/2024 | 11 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | $359.81 | | |
| 04/17/2024 | 10 | Ally Bank c/o AIS Portfolio Services, LLC (2017 Ram Promaster - VIN xx9851) | | $15,471.00 | $5,184.78 |
| 04/17/2024 | 9 | Service Spartan LLC | | | $4,800.00 |
| 04/11/2024 | 8 | INTERNAL REVENUE SERVICE | $1,500.22 | | |
| 04/05/2024 | 7 | American Express National Bank | | | $3,027.97 |
| 04/04/2024 | 6 | Sirris Abatement | | | $11,050.00 |
| 03/28/2024 | 3 | Spectrum | | | $355.49 |
| 03/28/2024 | 4 | I Permit | | | $50,984.93 |
| 03/28/2024 | 5 | FRANCHISE TAX BOARD | $26,940.05 | | $1,761.58 |
| 03/18/2024 | 2 | PAWNEE LEASING CORPORATION (2019 Ford - VIN 8920, 2017 GMC VIN 2551) DUPLICATE CLAIM | | $0.00 | |
| 03/15/2024 | 1 | PAWNEE LEASING CORPORATION (2019 Ford - VIN 8920, 2017 GMC VIN 2551] | | $79,492.56 | $1.00 |
| | | | $28,800.08 | $354,137.88 | $422,523.77 |

**Unfiled/Undisputed Claims**

| | Secured | Unsecured | |
|---|---|---|---|
| ACPro | $0.00 | | removed from plan |
| Ally Financial (2019 Chevy Colorado) | $5,200.01 | | removed from plan |
| Premium Financing | $0.00 | | moved from secured |
| Rapid Duct | $0.00 | $31,465.00 | moved from secured |
| Rapid Permit | $0.00 | $5,815.95 | moved from secured |
| Sigler | $0.00 | $66,615.24 | moved from secured |
| Tandem Financial (2017 GMC Savanna) | $19,500.00 | | |
| Bahr Safaei-Far | | $1,145.00 | |
| Bank of America (PPP loan) | | $32,159.89 | |
| Bank of America (credit card) | | $22,792.94 | |
| Bank of America (credit card) | | $102,385.93 | |
| Bank of America (credit card) | | $47,854.96 | |
| Chevron | | $17,733.53 | |
| David Posner | | $0.00 | |
| Howard Ind. | | $4,225.08 | |
| Jodie Shihadeh | | $175.00 | |
| PurEco | | $675.00 | |
| The E & C Company, Inc. | | $1,200.00 | |
| The Holman Group | | $50,639.61 | |
| Trever Pietsch | | $16,000.00 | |
| WireMen Inc. | | $139.95 | |
| WireMen Inc. | | $550.00 | |
| WireMen Inc. | | $5,175.00 | |
| WireMen Inc. | | $704.79 | |
| | $24,700.01 | $407,452.87 | |
| | $378,837.89 | $829,976.64 | |

**Disputed Claims**

| | Secured | Unsecured |
|---|---|---|
| Delta aka Glofin | $67,724.00 | |
| Gemaire/Heating & Cooling | $0.00 | |
| Networx | $63,127.80 | |
| David Kay and Diane Kay | | $0.00 |
| | $130,851.80 | $0.00 |

| In re: | CHAPTER: **11** |
|---|---|
| **Socal Climate Control & Mechanical, Inc.** | CASE NUMBER: **1:24-bk-10371-MB** |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): <u>**DEBTOR'S FIRST AMENDED CHAPTER 11**</u>
<u>**PLAN OF REORGANIZATION**</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __8/20/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Russell Clementson    russell.clementson@usdoj.gov**
**Gregory Kent Jones (TR)    gjones@sycr.com,**
**smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**
**Raffi Khatchadourian    raffi@hemar-rousso.com**
**Garry A Masterson    BnkEcf-CA@weltman.com, gmasterson@weltman.com**
**Amitkumar Sharma    amit.sharma@aisinfo.com**
**United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
**Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com**

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On __8/20/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/20/2024 | Yolanda Segura | /s/ Yolanda Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-1
Case 1:24-bk-10371-MB
Central District of California
San Fernando Valley
Tue Aug 20 16:32:41 PDT 2024

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Socal Climate Control & Mechanical, Inc.
PO Box 4087
Chatsworth, CA 91313-4087

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

ACPro
11700 Industry Ave.
Fontana, CA 92337-6934

Adolph Navarro
7353 Alabama Avenue
Canoga Park, CA 91303-1303

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bahr Safaei-Far
20155nKeswick Street #104
Winnetka, CA 91306-2575

Bank of America
P.O. Box 17054
Wilmington, DE 19884-0001

Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

(p)BYZFUNDER
ATTN BYZFUNDER NY LLC
530 7TH AVE FLOOR M1
NEW YORK NY 10018-4878

Byzfunder NY, LLC
P.O. Box 356
Cedarhurst, NY 11516-0356

Chevron
P.O. Box 639
Portland, ME 04104-0639

CloudFund LLC and its servicer,
Delta Bridge Funding LLC
19505 Biscayne Blvd Ste 2350
Aventura, FL 33180-3648

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708-2576

Custom Air Systems
4505 Industrial St
2E
Simi Valley, CA 93063-3459

Daikin Comfort Technologies Distribution Inc
c/o Jeff Carruth
Weycer Kaplan Pulaski Zuber P.C.
2608 Hibernia St. Ste 105
Dallas, TX 75204-2514

Daikin/ Goodman
Daikin Comfort Technologies
Distribution Inc.
19001 Kermier Road
Waller, TX 77484-8810

David Kay and Diane Kay
c/o Law Offices of Hedy Zhang
Attn: Hedy Zhang
1820 Butler Avenue #5
Los Angeles, CA 90025-5463

David Posner
17545 Embassy Drive
Encino, CA 91316-2517

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Ferguson Enterprises, LLC
2750 South Towne Avenue
Pomona, CA 91766-6205

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Gemaire/ Heating & Cooling
1525 NW 3rd St., A21
Deerfield Beach, FL 33442-1669

Howard Ind.
36 Howard Drive
Ellisville, MS 39437-9020

I Permit
31225 La Baya Dr #213
Thousand Oaks, CA 91362-6333

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jodie Shihadeh
12213 Hilslope Street
Studio City, CA 91604-3604

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lennox Industries
c/o Jonathan Neil & Associates, Inc.
P.O. Box 7000
Tarzana, CA 91357-7000

Lennox Industries Inc.
2100 Lake Park Blvd.
Richardson, TX 75080-2254


Levelset/Procore
6309 Carpinteria Ave.
Carpinteria, CA 93013-2924

Networx
3399 Peachtree Road NE Suite 800
Atlanta, GA 30326-2832

ODK Capital, Inc.
1400 Broadway
New York, NY 10018-5300


On Deck
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009-5133

(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

PREMIER AMERICA CREDIT UNION
19867 Prairie Street
Chatsworth, CA 91311-6504


Premier America
19867 Praire Street
Chatsworth, CA 91311-6504

Premier America
19867 Prairie Street
Chatsworth, CA 91311-6504

Premium Finance Agreement
Westlake Risk & Ins. Services, LLC
2659 Townsgate Road Suite 103
Westlake Village, CA 91361-2761


PurEco
9740 Variel Avenue
Chatsworth, CA 91311-4314

Rapid Duct
401 N Verdugo Road., Suite C
Glendale, CA 91206-5236

Rapid Permit Inc.
1010 E Mountain St.
Glendale, CA 91207-1814


Service Spartan LLC
3534 Royal Ave, Simi Valley, CA 93063
Simi Valley, CA 93063

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Sigler
9702 West Tonto Street
P.O. Box 920
Tolleson, AZ 85353-0920


Silvia Ochoa
1230 N Howard St.
Glendale, CA 91207-1435

Sirris Abatement
12303 Woodruff Ave.
Downey, CA 90241-5609

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701


Spectrum
1600 Dublin Rd
Columbus, OH 43215-2098

TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
c/o Weltman, Weinberg, and Reis Co., L.P
965 Keynote Circle
Brooklyn Heights, OH 44131-1829

Tandem Financial
PLC Equipment Finance Fund
3801 Automation Way Suite 207
Fort Collins, CO 80525-5735


The E & C Company, Inc.
1336 Moorpark Road, #327
Thousand Oaks, CA 91360-5224

The Holman Group
8501 Fallbrook Avenue
Canoga Park, CA 91304-3234

Toyota Industries
Commercial Finance, Inc.
P.O. Box 660926
Dallas, TX 75266-0926


Trever Pietsch
8500 OMelveny Avenue
Sun Valley, CA 91352-3844

Triad Management Systems, Inc.
21201 Victory Blvd., Suite 255
Canoga Park, CA 91303-4043

US Air Conditioning Distributors
16900 Chestnut St
City of Industry CA 91748-1012

USAir                                    United States Trustee (SV)              WireMen Inc.
9250 Owensmouth Ave.                     915 Wilshire Blvd, Suite 1850           7354 Maynard Ave.
Chatsworth, CA 91311-5853                Los Angeles, CA 90017-3560              West Hills, CA 91307-2108


Gregory Kent Jones (TR)                  Thomas B Ure
Stradling Yocca Carlson & Rauth          Ure Law Firm
10100 N. Santa Monica Blvd., Suite 1400  8280 Florence Avenue
Los Angeles, CA 90067-4140               Suite 200
                                         90240
                                         Downey, CA 90240-3950


        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Byzfunder                                LOS ANGELES COUNTY TREASURER AND TAX COLLECT   PAWNEE LEASING CORPORATION
GBR Funding West, Inc                    ATTN: BANKRUPTCY UNIT                   3801 AUTOMATION WA STE 207
530 7th Avenue Ste 505                   PO BOX: 54110                          FORT COLLINS, CO 80525
New York, NY 10018                       LOS ANGELES, CA 90054-0110


Small Business Administration
Attn General Counsel
312 North Spring St.
Los Angeles, CA 90012


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                          (u)Toyota Industries Commercial Finance, Inc.   (u)Ure Law Firm


(d)Ally Bank c/o AIS Portfolio Services, LLC   (u)Grey Stone Financial LLC         End of Label Matrix
4515 N. Santa Fe Ave. Dept. APS                                                   Mailable recipients    64
Oklahoma City, OK 73118-7901                                                      Bypassed recipients     5
                                                                                  Total                  69