Ure Law Firm, A.P.C.
8280 Florence Ave., Suite 200
Downey, CA 90240
Telephone: 213-202-6070
Facsimile: 213-202-6075
Thomas B. Ure, State Bar No. 170492
tom@urelawfirm.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | Case No. 1:24-bk-10371-MB |
| SOCAL CLIMATE CONTROL & MECHANICAL, INC., | CHAPTER 11 |
| Reorganized Debtor. | REORGANIZED DEBTOR'S POSTCONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF THE CONFIRMED PLAN; DECLARATION OF MIKE MOLLOY IN SUPPORT THEREOF |
| | DATE: March 18, 2025<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

TO: THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; AND ALL OTHER INTERESTED PARTIES:

**COME NOW**, Reorganized Debtor SOCAL CLIMATE CONTROL & MECHANICAL, INC. ("Debtor"), by and through counsel, Thomas B. Ure, Esq., and hereby submit its Postconfirmation Status Report Regarding Consummation of Confirmed Plan as follows:

///

///

///

This Court confirmed the Debtor's Chapter 11 Plan of Reorganization in the above-captioned case (the "Debtor") by order entered on October 10, 2024.

Debtor reports as follows:

(1) Debtor has not acquired any real property since confirmation of the plan.

(2) Debtor has commenced payments under the plan and a total of $209,831.67 has been distributed pursuant to the provisions of the plan since confirmation. See Declaration of Mike Molloy, Exhibit A.

(3) Debtor has not entered into or assumed any executory contracts after plan confirmation.

(4) All post-petition taxes that have come due have been paid.

Respectfully submitted,

Dated: March 11, 2025            URE LAW FIRM

By:   /s/ Thomas B. Ure
Thomas B. Ure
Attorney for Reorganized Debtor
Socal Climate Control & Mechanical

I, **Mike Molloy**, declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am one of the owners of the Debtor in United States Bankruptcy Court Case Number 1:24-bk-10371-MB. I have personal knowledge of the facts stated herein and, if called upon to testify thereto, I could and would do so competently and truthfully.

2. This declaration is made in support of Debtor's Postconfirmation Status Report Regarding Consummation of the Confirmed Plan.

3. Debtor has commenced payments under the plan and a total of $209,831.67 has been distributed pursuant to the provisions of the plan since confirmation. Attached hereto, marked Exhibit A, is a chart which accurately reflects the post-confirmation payments scheduled to be paid under the confirmed plan as well as a list of actual payments made pursuant to the plan. The items in bold are items that have either not been paid or funds have been returned. The following is an explanation for each:

   a. Toyota Industries Commercial Finance, Inc. was not paid due to the fact that the equipment has been returned and we no longer owe any money to this company;

   b. Sigler was paid $4,132.13 of the $4,441.00 that should have been paid. We intend to send the difference immediately;

   c. Bahr Safaei-Far was listed in the schedules by error as being owed $1,145.00. The company does not owe any money to this individual;

   d. Bank of America (3 claims) The checks were mailed but all have been returned. We are working on trying to figure out how these payments can be sent and applied to the respective loans;

   e. The Holman Group was not paid due to the fact the company does not owe this debt and it was inadvertently scheduled. They were a customer who had a contract for $50,639.61. They paid a $5,000.00

deposit which was not refundable due to cancellation after the contractual right to cancel which was explained to the client and the client has not asserted a claim for the return of the deposit;

  f. Trever Pietsch had previously sued Debtor but a judgment was rendered in the Superior Court of California stating that company does not owe Mr. Pietsch any money;

  g. WireMen Inc. was scheduled with four different debts. None of these have been paid due to the fact that this debt should have been listed as disputed as this debt was for work unauthorized work done by an electrician and attempted to be billed to our company. If any authorization was given for the work, it would have been by the customer/homeowner and, therefore, the additional work would be the responsibility of the authorizing party.

4. I am not aware of any new tax liabilities that Debtor has accrued or come due post-confirmation.

5. I project that Debtor will be able to and will continue to comply with the terms of the Plan.

6. Debtor have not acquired any real property since confirmation of the plan.

7. Debtor has not entered into or assumed any executory contracts after plan confirmation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

  Executed at _____, California, on this _____ day of March, 2025.

                 _see attached_____
                 Mike Molloy

- 4 -

deposit which was not refundable due to cancellation after the contractual right to cancel which was explained to the client and the client has not asserted a claim for the return of the deposit;

    f.    Trever Pietsch had previously sued Debtor but a judgment was rendered in the Superior Court of California stating that company does not owe Mr. Pietsch any money;

    g.    WireMen Inc. was scheduled with four different debts. None of these have been paid due to the fact that this debt should have been listed as disputed as this debt was for work unauthorized work done by an electrician and attempted to be billed to our company. If any authorization was given for the work, it would have been by the customer/homeowner and, therefore, the additional work would be the responsibility of the authorizing party.

4.    I am not aware of any new tax liabilities that Debtor has accrued or come due post-confirmation.

5.    I project that Debtor will be able to and will continue to comply with the terms of the Plan.

6.    Debtor have not acquired any real property since confirmation of the plan.

7.    Debtor has not entered into or assumed any executory contracts after plan confirmation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Executed at _Northridge_, California, on this _10_ day of March, 2025.

_/s/ Mike Molloy_
Mike Molloy

- 4 -

# EXHIBIT C – LIST OF CLAIMS

| Date Filed | Claim # | Entry Detail 1 | Administrative | Priority | Secured | Unsecured | Priority | Secured | Unsecured | Number of Months | Due through 2/28/25 | Amount Paid | Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2024 | | Gregory Jones | $13,520.10 | | | | | | | | $13,520.10 | $13,520.10 | $0.00 |
| 05/17/2024 | | Ure Law Firm | $65,387.56 | | | | | | | | $65,387.56 | $65,387.56 | $0.00 |
| 05/17/2024 | 23 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC | | | | $5,610.53 | | | $93.51 | 60 | $374.04 | 0 | $374.04 |
| 05/17/2024 | 21 | Silvia Ochoa | | | | $12,211.00 | | | $203.52 | 60 | $814.08 | $814.08 | $0.00 |
| 05/17/2024 | 22 | Daikin Comfort Technologies Distribution Inc. | | | $32,318.07 | $3,813.67 | | $602.80 | $63.56 | 60 | $2,411.20 | $16,145.96 | -$13,734.76 |
| 05/16/2024 | 19 | PREMIER AMERICA CREDIT UNION (2019 Ram Truck - VIN XX0592) | | | $29,600.00 | $8,288.94 | | $558.59 | $138.15 | 60 | $2,488.60 | $2,664.45 | -$175.85 |
| 05/15/2024 | 18 | PREMIER AMERICA CREDIT UNION (2019 Ram Truck - VIN xx5816) | | | $27,450.00 | | | $518.02 | | 60 | $2,624.68 | $2,664.45 | -$39.77 |
| 05/15/2024 | 20 | ODK Capital Inc. (ondeck) | | | | $80,805.48 | | | $1,346.76 | 60 | $5,387.04 | $5,387.04 | $0.00 |
| 05/09/2024 | 17 | Byzfunder, LLC | | | $169,806.25 | | | $3,167.25 | | 60 | $12,669.00 | $12,669.00 | $0.00 |
| 05/06/2024 | 15 | Adolph Navarro | | | | $175,000.00 | | | $2,916.67 | 60 | $11,666.68 | $11,666.68 | $0.00 |
| 05/01/2024 | 16 | Lennox Industries | | | | $10,909.66 | | | $181.83 | 60 | $727.32 | $727.32 | $0.00 |
| 04/29/2024 | 14 | US Air Conditioning Distributors | | | | $1,742.93 | | | $29.05 | 60 | $116.20 | $1,742.93 | -$1,626.73 |
| 04/17/2024 | 13 | Custom Air Systems | | | | $500.00 | | | $8.33 | 60 | $33.32 | $500 | -$466.68 |
| 04/17/2024 | 12 | Ferguson Enterprises, LLC | | | | $46,475.81 | | | $774.60 | 60 | $3,098.40 | $22,327.58 | -$19,229.18 |
| 04/11/2024 | 11 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | | $359.81 | | | $9.77 | | | 54 | $39.08 | $359.81 | -$320.73 |
| 04/05/2024 | 10 | Ally Bank c/o AIS Portfolio Services, LLC (2017 Ram Promaster - VIN xx9851) | | | $15,471.00 | $5,184.78 | | $291.96 | $86.41 | 60 | $345.64 | $1,513.48 | -$1,167.84 |
| 04/04/2024 | 9 | Service Spartan LLC | | | | $4,800.00 | | | $80.00 | 54 | $320.00 | $340 | -$20.00 |
| 03/28/2024 | 8 | INTERNAL REVENUE SERVICE | | $1,500.22 | | $3,027.97 | | $33.17 | $50.47 | 60 | $132.68 | $849.62 | -$716.94 |
| 03/28/2024 | 7 | American Express National Bank | | | | $11,050.00 | | | $184.17 | 60 | $201.88 | $1,050.94 | |
| 03/28/2024 | 6 | Sirris Abatement | | | | $355.49 | | | $5.92 | 60 | $23.68 | $736.68 | -$331.81 |
| 03/18/2024 | 3 | Spectrum | | | | $50,984.93 | | | $849.75 | 60 | $3,399.00 | $355.49 | $0.00 |
| 03/15/2024 | 4 | I Permit | | | | $1,761.58 | | | $29.36 | 54/60 | $117.44 | $3,399.00 | -$2,382.84 |
| | 5 | FRANCHISE TAX BOARD | | $26,940.05 | $0.00 | $1.00 | | $595.71 | | 60 | $6,000.48 | $2,500.28 | |
| | 2 | PAWNEE LEASING CORPORATION (2019 Ford - VIN 8920, 2017 GMC VIN 2551) DUPLICATE CLAIM | | $28,800.08 | $79,492.56 | $422,523.77 | | $1,500.12 | | | | $11,400.24 | -$5,399.76 |
| | 1 | PAWNEE LEASING CORPORATION (2019 Ford - VIN 8920, 2017 GMC VIN 2551) | | | $354,137.88 | | | | | | | | |

**Unfiled/Undisputed Claims**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACPro | | | $0.00 | | | $98.13 | | 60 | $392.52 | $5,200.01 | -$4,807.49 |
| | | Ally Financial (2019 Chevy Colorado) | | | $5,200.01 | | | | | | | | |
| | | Premium Financing | | | $0.00 | | | | | | | | |
| | | Rapid Duct | | | $0.00 | $31,465.00 | | | $524.42 | 60 | $2,097.68 | $2,097.68 | $0.00 |
| | | Rapid Permit | | | $0.00 | $5,815.95 | | | $96.93 | 60 | $387.72 | $387.72 | $0.00 |
| | | Sigler | | | $0.00 | $66,615.24 | | | $1,110.25 | 60 | $4,441.00 | $4,132.13 | $308.87 |
| | | Tandem Financial (2017 GMC Savanna) | | | $19,500.00 | | | | $367.99 | 60 | $1,471.96 | $2,423.51 | -$951.55 |
| | | Bahr Safaei-Far | | | | $1,145.00 | | | $19.08 | 60 | $76.32 | $0.00 | $76.32 |
| | | Bank of America (PPP loan) | | | | $32,159.89 | | | $536.00 | 60 | $2,144.00 | $1,608.00 | $536.00 |
| | | Bank of America (credit card) | | | | $22,792.94 | | | $379.88 | 60 | $1,519.52 | $2,883.89 | -$1,364.37 |
| | | Bank of America (credit card) | | | | $102,385.93 | | | $1,706.43 | 60 | $6,825.72 | $2,883.89 | $3,941.83 |
| | | Bank of America (credit card) | | | | $47,854.96 | | | $797.58 | 60 | $3,190.32 | $2,883.89 | $306.43 |
| | | Chevron | | | | $17,733.53 | | | $295.56 | 60 | $1,182.24 | $1,182.24 | $0.00 |
| | | David Posner | | | | $0.00 | | | | | | $0.00 | $0.00 |
| | | Howard Ind. | | | | $4,225.08 | | | $70.42 | 60 | $281.68 | $4,225.08 | -$3,943.40 |
| | | Jodie Shihadeh | | | | $175.00 | | | $2.91 | 60 | $11.64 | $175.00 | -$163.36 |
| | | Purfico | | | | $675.00 | | | $11.25 | 60 | $45.00 | $675.00 | -$630.00 |
| | | The E & C Company, Inc. | | | | $1,200.00 | | | $20.00 | 60 | $80.00 | $1,200 | -$1,120.00 |
| | | The Holman Group | | | | $50,639.61 | | | $843.99 | 60 | $3,375.96 | $0.00 | $3,375.96 |
| | | Trever Pietsch | | | | $16,000.00 | | | $266.67 | 60 | $1,066.68 | $0.00 | $1,066.68 |
| | | WireMen Inc. | | | | $139.95 | | | $2.33 | 60 | $9.32 | $0.00 | $9.32 |
| | | WireMen Inc. | | | | $550.00 | | | $9.17 | 60 | $36.68 | $0.00 | $36.68 |
| | | WireMen Inc. | | | | $5,175.00 | | | $86.25 | 60 | $345.00 | $0.00 | $345.00 |
| | | WireMen Inc. | | | | $704.79 | | | $11.75 | 60 | $47.00 | $0.00 | $47.00 |
| | | | | | $24,700.01 | $407,452.87 | | | | | | | |
| | | | | | $378,837.89 | $829,976.64 | | | | | $209,831.67 | | |

**Disputed Claims - no distribution unless allowed in the future**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Delta aka Glofin | | | $67,724.00 | | | | | | | | $0 |
| | | Gemaire/Heating & Cooling | | | $0.00 | | | | | | | | $0 |
| | | Networx | | | $63,127.80 | | | | | | | | $0 |
| | | David Kay and Diane Kay | | | $130,851.80 | $0.00 | | $0.00 | | 60 | | | |
| | | **Funds not to be sent but set aside in a separate account** | | | | | | $6,736.87 | $2,180.86 | | | | |
| | | | | | | | | | $16,381.78 | | | | |

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Socal Climate Control & Mechanical, Inc.** | Debtor(s). | CASE NUMBER: **1:24-bk-10371-MB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **Reorganized Debtor's Postconfirmation Status Report Regarding Consummation of the Confirmed Plan; Declaration of Mike Molloy in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **03/11/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Russell Clementson**  russell.clementson@usdoj.gov

**Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**Gregory Kent Jones (TR)**  gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

**Raffi Khatchadourian**  raffi@hemar-rousso.com

**Garry A Masterson**  BnkEcf-CA@weltman.com, gmasterson@weltman.com

**Amitkumar Sharma**  amit.sharma@aisinfo.com

**United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov

**Thomas B Ure**  tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **03/11/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/11/2025 | Stacy Marin | /s/ Stacy Marin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC   Employment Development Dept.
0973-1                                   4515 N Santa Fe Ave. Dept. APS              Bankruptcy Group MIC 92E
Case 1:24-bk-10371-MB                    Oklahoma City, OK 73118-7901                P. O. Box 826880
Central District of California                                                       Sacramento, CA 94280-0001
San Fernando Valley
Tue Mar 11 12:46:44 PDT 2025

Franchise Tax Board                      Internal Revenue Service                    (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
Bankruptcy Section MS: A-340             PO Box 7346                                 ATTN BANKRUPTCY UNIT
P. O. Box 2952                           Philadelphia, PA 19101-7346                 PO BOX 54110
Sacramento, CA 95812-2952                                                            LOS ANGELES CA 90054-0110


(p)OFFICE OF  FINANCE   CITY OF LOS ANGELES   Securities & Exchange Commission       Socal Climate Control & Mechanical, Inc.
200 N SPRING ST RM 101 CITY HALL         444 South Flower St., Suite 900             19201 Parthenia St, Unit H
LOS ANGELES CA 90012-3224                Los Angeles, CA 90071-2934                  Northridge, CA 91324-5135


San Fernando Valley Division             ACPro                                       Adolph Navarro
21041 Burbank Blvd,                      11700 Industry Ave.                         7353 Alabama Avenue
Woodland Hills, CA 91367-6606            Fontana, CA 92337-6934                      Canoga Park, CA 91303-1303


Ally Financial                           American Express                            American Express National Bank
P.O. Box 380901                          P.O. Box 0001                               c/o Becket and Lee LLP
Minneapolis, MN 55438-0901               Los Angeles, CA 90096-0001                  PO Box 3001
                                                                                     Malvern  PA 19355-0701


Bahr Safaei-Far                          Bank of America                             Business Card
20155nKeswick Street #104                P.O. Box 17054                              P.O. Box 15796
Winnetka, CA 91306-2575                  Wilmington, DE 19884-0001                   Wilmington, DE 19886-5796


(p)BYZFUNDER                             Byzfunder NY, LLC                           Chevron
ATTN BYZFUNDER NY LLC                    P.O. Box 356                                P.O. Box 639
530 7TH AVE FLOOR M1                     Cedarhurst, NY 11516-0356                   Portland, ME 04104-0639
NEW YORK NY 10018-4878


CloudFund LLC and its servicer,          Corporation Service Company                 Custom Air Systems
Delta Bridge Funding LLC                 P.O. Box 2576                               4505 Industrial St
19505 Biscayne Blvd Ste 2350             Springfield, IL 62708-2576                  2E
Aventura, FL 33180-3648                                                              Simi Valley, CA 93063-3459


Daikin Comfort Technologies Distribution Inc   Daikin/ Goodman                       David Kay and Diane Kay
c/o Jeff Carruth                         Daikin Comfort Technologies                 c/o Law Offices of Hedy Zhang
Weycer Kaplan Pulaski Zuber P.C.         Distribution Inc.                           Attn: Hedy Zhang
2608 Hibernia St. Ste 105                19001 Kermier Road                          1820 Butler Avenue #5
Dallas, TX 75204-2514                    Waller, TX 77484-8810                       Los Angeles, CA 90025-5463


David Posner                             FRANCHISE TAX BOARD                         Ferguson Enterprises, LLC
17545 Embassy Drive                      BANKRUPTCY SECTION MS A340                  2750 South Towne Avenue
Encino, CA 91316-2517                    PO BOX 2952                                 Pomona, CA 91766-6205
                                         SACRAMENTO CA 95812-2952
```

```
Franchise Tax Board                 Genaire/Heating & Cooling           Howard Ind.
Special Procedures                  1525 NW 3rd St., A21                36 Howard Drive
P.O. Box 2952                       Deerfield Beach, FL 33442-1669      Ellisville, MS 39437-9020
Sacramento, CA 95812-2952


I Permit                            Jodie Shihadeh                      Lennox Industries
31225 La Baya Dr #213               12213 Hilslope Street                c/o Jonathan Neil & Associates, Inc.
Thousand Oaks, CA 91362-6333        Studio City, CA 91604-3604          P.O. Box 7000
                                                                        Tarzana, CA 91357-7000


Lennox Industries Inc.              Levelset/Procore                    Networx
2100 Lake Park Blvd.                6309 Carpinteria Ave.               3399 Peachtree Road NE Suite 800
Richardson, TX 75080-2254           Carpinteria, CA 93013-2924          Atlanta, GA 30326-2832


ODK Capital, Inc.                   On Deck                             (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
1400 Broadway                       4700 W. Daybreak Pkwy, Suite 200    3801 AUTOMATION WAY
New York, NY 10018-5300             South Jordan, UT 84009-5133         STE 207
                                                                        FORT COLLINS CO 80525-5735


PREMIER AMERICA CREDIT UNION        Premier America                     Premier America
19867 Prairie Street                19867 Praire Street                 19867 Prairie Street
Chatsworth, CA 91311-6504           Chatsworth, CA 91311-6504           Chatsworth, CA 91311-6504


Premium Finance Agreement           PurEco                              Rapid Duct
Westlake Risk & Ins. Services, LLC  9740 Variel Avenue                  401 N Verdugo Road., Suite C
2659 Townsgate Road Suite 103       Chatsworth, CA 91311-4314           Glendale, CA 91206-5236
Westlake Village, CA 91361-2761


Rapid Permit Inc.                   Service Spartan LLC                 Shanna M. Kaminski
1010 E Mountain St.                 3534 Royal Ave, Simi Valley, CA 93063 P.O. Box 247
Glendale, CA 91207-1814             Simi Valley, CA 93063               Grass Lake, MI 49240-0247


Sigler                              Silvia Ochoa                        Sirris Abatement
9702 West Tonto Street              1230 N Horward St.                  12303 Woodruff Ave.
P.O. Box 920                        Glendale, CA 91207-1435             Downey, CA 90241-5609
Tolleson, AZ 85353-0920


(p)U S  SMALL BUSINESS ADMINISTRATION  Spectrum                         TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
312 N SPRING ST 5TH FLOOR           1600 Dublin Rd                      c/o Weltman, Weinberg, and Reis Co., L.P
LOS ANGELES CA 90012-4701           Columbus, OH 43215-2098             965 Keynote Circle                    ECF
                                                                        Brooklyn Heights, OH 44131-1829


Tandem Financial                    The E & C Company, Inc.             The Holman Group
PLC Equipment Finance Fund          1336 Moorpark Road, #327            8501 Fallbrook Avenue
3801 Automation Way Suite 207       Thousand Oaks, CA 91360-5224        Canoga Park, CA 91304-3234
Fort Collins, CO 80525-5735
```

| | | |
|---|---|---|
| Toyota Industries<br>Commercial Finance, Inc.<br>P.O. Box 660926<br>Dallas, TX 75266-0926 | Trever Pietsch<br>8500 OMelveny Avenue<br>Sun Valley, CA 91352-3844 | Triad Management Systems, Inc.<br>21201 Victory Blvd., Suite 255<br>Canoga Park, CA 91303-4043 |
| US Air Conditioning Distributors<br>16900 Chestnut St<br>City of Industry CA 91748-1012 | USAir<br>9250 Owensmouth Ave.<br>Chatsworth, CA 91311-5853 | United States Trustee (SV)    ECF<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| WireMen Inc.<br>7354 Maynard Ave.<br>West Hills, CA 91307-2108 | Gregory Kent Jones (TR)   ECF<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | Thomas B Ure    ECF<br>Ure Law Firm<br>8280 Florence Avenue<br>Suite 200<br>90240<br>Downey, CA 90240-3950 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Byzfunder<br>GBR Funding West, Inc<br>530 7th Avenue Ste 505<br>New York, NY 10018 |
| (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX: 54110<br>LOS ANGELES, CA 90054-0110 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WA STE 207<br>FORT COLLINS, CO 80525 | Small Business Administration<br>Attn General Counsel<br>312 North Spring St.<br>Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Toyota Industries Commercial Finance, Inc. | (u)Ure Law Firm |
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Grey Stone Financial LLC | (d)INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

End of Label Matrix
Mailable recipients    68
Bypassed recipients     6
Total                  74